FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 1 2 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 20-1210 JP |
| vs. | ) Count 1: 18 U.S.C. § 545:  Smuggling Goods Into the United States; |
| **CHARLES BRENT JUSTICE,** | ) Count 2: 18 U.S.C. §§ 922(l) and 924(a)(1)(C): Unlawful Importation of a Firearm; |
| Defendant. | ) Count 3: 26 U.S.C. §§ 5841, 5861(d), and 5871: Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record. |

INDICTMENT

The Grand Jury charges:

Count 1

From on or about December 1, 2019 until about February 7, 2020, in the District of New Mexico, and elsewhere, the defendant, **CHARLES BRENT JUSTICE**, did knowingly and fraudulently import and caused to be imported to the United States, one and more silencers, knowing that importing the silencers was illegal.

In violation of 18 U.S.C. § 545.

Count 2

On or about February 7, 2020, in Bernalillo County, in the District of New Mexico, and elsewhere, the defendant, **CHARLES BRENT JUSTICE** knowingly, and without authorization from the Attorney General, as provided in 18 U.S.C. § 925(d), imported and brought into the United States a firearm, that is, a silencer.

In violation of 18 U.S.C. §§ 922(l) and 924(a)(1)(C).

Count 3

On or about February 19, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **CHARLES BRENT JUSTICE**, knowingly possessed a firearm, that is, a silencer, not registered to him under the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney