

You'll need some sort of plastic or alumnium bottle (aluminium is a good for soaking up heat which contributes to reducing sound levels). Choose one with a wide mouthpiece as it should be wide enough to fit a ½ inch nut inside it.

I like plastic because it's cheaper and easier to work with plus the lighter it is, the less chance of it drooping on the end of the barrel and being off centre. The plastic thread on the lid is strong but the heavier the suppressor is, the more chance of it being unsecured.



Cut off the end of the bottle.



Take a stainless steel scourer and pull it apart to lengthen it out



Cut a length of fine stainless or aluminium wire mesh



Roll the mesh into a small enough tube to be able to fit inside the neck of the sports bottle.



Wrap some cardboard and/or tape around the end of the mesh tube so it will fit snugly in the mouthpiece end of the bottle.



Insert the tube.



Start packing the scourer material around the tube. The fine mesh will stop strands of the scourer poking through into the path of the bullet which could lead to it being snagged and damaging the suppressor internals.



The scourer material will disperse the hot gases eventually cooling them down. This will reduce the sound decibels from the shot as well as change the sound signature.



Either cut or drill a hold in the end of the bottle that you cut off earlier. The hole must be big enough to fit the tube of mesh through.



Fit the end cap back on with the tube of mesh just poking through so it can be supported.



Wrap some duct tape around it to secure it altogether plus a few layers around the front. The idea is to fire a bullet through the tape to make the exit hole. The first shot will always be quieter but you can always just put another bit of fresh tape over the hole.
     The suppressor is only designed to be disposable so don't bother wasting too much time and effort on it as it's amazing how effective this simple design is.



**These two pictures show the silencer fitted to the barrel.
A bolt is used to depict a barrel!**

