# The Great Replacement

TOWARDS A NEW SOCIETY



WE MARCH EVER FORWARDS

Do not go gentle into that good night,

Old age should burn and rave at close of day;

Rage, rage against the dying of the light.


Though wise men at their end know dark is right,

Because their words had forked no lightning they

Do not go gentle into that good night.


Good men, the last wave by, crying how bright

Their frail deeds might have danced in a green bay,

Rage, rage against the dying of the light.


Wild men who caught and sang the sun in flight,

And learn, too late, they grieved it on its way,

Do not go gentle into that good night.


Grave men, near death, who see with blinding sight

Blind eyes could blaze like meteors and be gay,

Rage, rage against the dying of the light.


And you, my father, there on the sad height,

Curse, bless, me now with your fierce tears, I pray.

Do not go gentle into that good night.

Rage, rage against the dying of the light.

# Introduction

It’s the birthrates.
It’s the birthrates.
It’s the birthrates.

If there is one thing I want you to remember from these writings, its that the birthrates must change. Even if we were to deport all Non-Europeans from our lands tomorrow, the European people would still be spiraling into decay and eventual death.

Every day we become fewer in number, we grow older,we grow weaker. In the end we must return to replacement fertility levels, or it will kill us.

To maintain a population the people must achieve a birthrate that reaches replacement fertility levels. In the Western world this is roughly 2.06 births per woman.

https://en.wikipedia.org/wiki/List_of_sovereign_states_and_dependencies_by_total_fertility_rate

There is not a single Western country, not a single white nation, that reaches these levels.
Not in Europe, not in the Americas, not in Australia or New Zealand.
White people are failing to reproduce, failing to create families, failing to have children.

But despite this sub-replacement fertility rate, the population in the West is increasing, and rapidly.
How is this possible?

Mass immigration and the higher fertility rates of the immigrants themselves are causing this increase in population.
We are experiencing an invasion on a level never seen before in history. Millions of people pouring across our borders, legally.Invited by the state and corporate entities to replace the White people who have failed to reproduce, failed to create the cheap labour, new consumers and tax base that the corporations and states need to thrive.

This crisis of mass immigration and sub-replacement fertility is an assault on the European people that, if not combated, will ultimately result in the complete racial and cultural replacement of the European people.

To see this in full effect, you only have to look at the population statistics in Western nations for the year 2100.

https://en.wikipedia.org/wiki/List_of_countries_by_future_population_(United_Nations,_medium_fertility_variant)

In 2100,despite the ongoing effect of sub-replacement fertility,the population figures show that the population does not decrease inline with the sub-replacement fertility levels, but actually maintains and, even in many White nations, rapidly increases.
All through immigration.
This is ethnic replacement.
This is cultural replacement.
This is racial replacement.

This is WHITE GENOCIDE.

To return to replacement fertility levels is priority number one. But it is no simple task.There are myriad reasons behind the decline in fertility rates and the destruction of the traditional family unit.
We must inevitably correct the disaster of hedonistic,nihilistic individualism. But it will take take some time, time we do not have due to the crisis of mass immigration.

Due to mass immigration we lack the time scale required to enact the civilizational paradigm shift we need to undertake to return to health and prosperity.
Mass immigration will disenfranchise us,subvert our nations, destroy our communities, destroy our ethnic binds, destroy our cultures, destroy our peoples.
Long before low fertility levels ever could.Thus, before we deal with the fertility rates, we must deal with both the invaders within our lands and the invaders that seek to enter our lands.

We must crush immigration and deport those invaders already living on our soil. It is not just a matter of our prosperity, but the very survival of our people.

# Answering possible questions

## 1. In general

**Who are you?**

Just a ordinary White man,28 years old. Born in Australia to a working class,low income family.
My parents are of Scottish,Irish and English stock.
I had a regular childhood, without any great issues.
I had little interest in education during my schooling, barely achieving a passing grade.
I did not attend University as I had no great interest in anything offered in the Universities to study.
I worked for a short time before making some money investing in Bitconnect, then used the money from the investment to travel.
More recently I have been working part time as a kebab removalist.
I am just a regular White man, from a regular family.
Who decided to take a stand to ensure a future for my people.

**Why did you carry out the attack?**

To most of all show the invaders that our lands will never be their lands, our homelands are our own and that, as long as a white man still lives, they will NEVER conquer our lands and they will never replace our people.

To take revenge on the invaders for the hundreds of thousands of deaths caused by foreign invaders in European lands throughout history.

To take revenge for the enslavement of millions of Europeans taken from their lands by the Islamic slavers.

To take revenge for the thousands of European lives lost to terror attacks throughout European lands.

To take revenge for Ebba Akerlund.

To directly reduce immigration rates to European lands by intimidating and physically removing the invaders themselves.

To agitate the political enemies of my people into action, to cause them to overextend their own hand and experience the eventual and inevitable backlash as a result.

To incite violence, retaliation and further divide between the European people and the invaders currently occupying European soil.

To avenge those European men and women lost in the constant and never ending wars of European history who died for their lands, died for their people only to have their lands given away to any foreign scum that bother to show up.

To agitate the political enemies of my people into action, to over extend their own hand and experience the eventual backlash.

To show the effect of direct action, lighting a path forward for those that wish to follow.A path for those that wish to free their ancestors lands from the invaders grasp and to be a beacon for those that wish to create a lasting culture, to tell them they are not alone.

To create an atmosphere of fear and change in which drastic,powerful and revolutionary action can occur.

To add momentum to the pendulum swings of history, further destabilizing and polarizing Western society in order to eventually destroy the current nihilistic, hedonistic, individualistic insanity that has taken control of Western thought.

To drive a wedge between the nations of NATO that are European and the Turks that also make a part of the NATO forces, thereby turning NATO once more into a united European army and pushing the Turkey once more back to the true position of a foreign, enemy force.

Finally, to create conflict between the two ideologies within the United States on the ownership of firearms in order to further the social, cultural, political and racial divide within the United states.This conflict over the 2nd amendment and the attempted removal of firearms rights will ultimately result in a civil war that will eventually balkanize the US along political, cultural and, most importantly, racial lines.
This balkanization of the US will not only result in the racial separation of the people within the United States ensuring the future of the White race on the North American continent, but also ensuring the death of the "melting pot" pipe dream.
Furthermore this balkanization will also reduce the USA's ability to project power globally, and thereby ensure that never again can such a situation as the US involvement in Kosovo ever occur again(where

US/NATO forces fought beside muslims and slaughtered Christian Europeans attempting to remove these Islamic occupiers from Europe).

## What do you want?
We must ensure the existence of our people, and a future for white children.

## Was there a particular event or reason you decided to commit to a violent attack?
There was a period of time 2 years prior to the attack to the attack that dramatically changed my views.The period of time was from, beginning of April,2017 until the end May,2017.

In this time period a series of events broke down my own reserves, my reservations, my cynicism and revealed the truth of the Wests current situation.
These events turned my thoughts from pursuing a democratic, political solution and finally caused the revelation of the truth, that a violent, revolutionary solution is the only possible solution to our current crisis.

I was travelling as a tourist in Western Europe at the time, France, Spain Portugal and others.The first event that begun the change was the terror attack in Stockholm, on the 7th of April 2017. It was another terror attack in the seemingly never ending attacks that had been occurring on a regular basis throughout my adult life. But for some reason this was different. The jaded cynicism with which I had greeted previous attacks didn't eventuate. Something that had been a part of my life for as long as I could remember, cynicism in the face of attacks on the West by islamic invaders, was suddenly no longer there. I could no longer bring the sneer to my face, I could no longer turn my back on the violence. Something, this time, was different.

That difference was Ebba Akerlund.
Young, innocent and dead Ebba.
Ebba was walking to meet her mother after school, when she was murdered by an Islamic attacker, driving a stolen vehicle through the shopping promenade on which she was walking. Ebba was partially deaf, unable to hear the attacker coming.
Ebba death at the hands of the invaders, the indignity of her violent demise and my inability to stop it broke through my own jaded cynicism like a sledgehammer.

I could no longer ignore the attacks. They were attacks on my people, attacks on my culture, attacks on my faith and attacks on my soul. They would not be ignored.

The second event was the 2017 French General election. The candidates were an obvious sign of our times: a globalist, capitalist, egalitarian, an ex-investment banker was no national beliefs other than the pursuit of profit versus a milquetoast,feckless, civic nationalist, an uncontroversial figure who's most brave and inspired idea resolved to the possible deportation of illegal immigrants.
Despite this ridiculous match up, the possibility of a victory by the quasi-nationalist was at least, to myself, a sign that maybe a political solution was still possible.The internationalist, globalist, anti-white, ex-banker won. It wasn't even close. The truth of the political situation in Europe was suddenly impossible to accept.My despair set in.My belief in a democratic solution vanished.

The final push was witnessing the state of French cities and towns. For many years I had been hearing and reading of the invasion of France by non-whites, many of these rumours and stories I believed to be exaggerations, created to push a political narrative.
But once I arrived in France, I found the stories to not only be true, but profoundly understated.
In every french city, in every french town the invaders were there.
No matter where I travelled, no matter how small or rural the community I visited, the invaders were there.
The french people were often in a minority themselves, and the french that were in the streets were often alone, childless or of advanced age.
Whilst the immigrants were young, energized and with large families and many children.
I remember pulling into a shopping centre car park to buy groceries in some moderate sized town in Eastern France, of roughly 15-25 thousand people. As I sat there in the parking lot, in my rental car, I watched a stream of the invaders walk through the shopping centre's front doors. For every french man or woman there was double the number of invaders.
I had seen enough, and in anger, drove out of the the town, refusing to stay any longer in the cursed place and headed on to the next town.

Driving toward the next french town on my itinerary, knowing that inevitably the invaders would also been there, I found my emotions swinging between fuming rage and suffocating despair at the indignity of

the invasion of France, the pessimism of the french people, the loss of culture and identity and the farce of the political solutions offered.

I came upon a cemetery, one of the many mass cemeteries created to bury the French and other European soldiers lost in the Wars that crippled Europe.

I had seen many pictures and heard many people discuss the cemeteries, but even knowing about these cemeteries in advance, I was still not prepared for the sight.

Simple, white, wooden crosses stretching from the fields beside the roadway, seemingly without end, into the horizon. Their number uncountable, the representation of their loss unfathomable. I pulled my rental car over, and sat, staring at these crosses and contemplating how it was that despite these men and womens sacrifice, despite their bravery, we had still fallen so far.I broke into tears, sobbing alone in the car, staring at the crosses, at the forgotten dead.

Why were we allowing these soldiers deaths to be in vain? Why were we allowing the invaders to conquer us? Overcome us? Without a single shot fired in response?

WHY WON'T SOMEBODY DO SOMETHING?

In front of those endless crosses, in front of those dead soldiers lost in forgotten wars, my despair turned to shame,my shame to guilt,my guilt to anger and my anger to rage.

WHY WON'T SOMEBODY DO SOMETHING?
WHY WON'T SOMEBODY DO SOMETHING?

WHY DON'T I DO SOMETHING?

The spell broke, why don't I do something?
Why not me?
If not me, then who?
Why them when I could do it myself?
It was there I decided to do something, it was there I decided to take action, to commit to force.To commit to violence.

To take the fight to the invaders myself.

**Who do you represent?**
Millions of European and other ethno-nationalist peoples that wish to live in peace amongst their own people, living in their own lands, practicing their own traditions and deciding the future of their own kind.

**Are you a part of any political groups or movements?**
I am not a direct member of any organization or group, though I have donated to many nationalist groups and have interacted with many more.

**Did the groups you support/are aligned with order or promote your attack?**
No.No group ordered my attack, I make the decision myself. Though I did contact the reborn Knights Templar for a blessing in support of the attack, which was given.

**Do these groups hold power/who are the people in these groups?**
The total number of people in these organizations is in the millions, the total number of groups in the thousands. People from every walk of life, in every place of employment and field but disproportionately employed in military services and law enforcement. Unsurprisingly ethno-nationalists and nationalists seek employment in areas that serve their nations and community. I would estimate the number of soldiers in European armed forces that also belong to nationalist groups to number in the hundreds of thousands, with just as many employed in law enforcement positions.

**Did you carry out the attack for fame?**
No, carrying out an attack for fame would be laughable.After all who can remember the name of the attackers in the September 11 attack in New York?How about the attack on the pentagon? The attackers in the plane that crashed into the field on the same day?
I will be forgotten quickly.
Which I do not mind.
After all I am a private and mostly introverted person.
But the aftershock from my actions will ripple for years to come, driving political and social discourse, creating the atmosphere or fear and change that is required.

**Why did you target those people?**
They were an obvious,visible and large group of invaders, from a culture with higher fertility rates, higher social trust and strong, robust traditions that seek to occupy my peoples lands and ethnically replace my own people.

**For how long did you plan this attack?**
I begun planning an attack roughly two years in advance and an attack at the location in Christchurch three months in advance.

**Why did you choose this time to attack?**
The best time to attack was yesterday, the next best time is today. The attack was planned to allow enough time to train, form a plan, settle my affairs, write down my views, then enact the attack.

**Why did you choose to use firearms?**
I could have chosen any weapons or means.A TATP filled rental van. Household flour, a method of dispersion and an ignition source.A ballpeen hammer and a wooden shield.Gas,fire,vehicular attacks,plane attacks, any means were available. I had the will and I had the resources.

I chose firearms for the affect it would have on social discourse, the extra media coverage they would provide and the affect it could have on the politics of United states and thereby the political situation of the world. The US is torn into many factions by its second amendment, along state, social, cultural and, most importantly, racial lines.
With enough pressure the left wing within the United states will seek to abolish the second amendment, and the right wing within the US will see this as an attack on their very freedom and liberty.
This attempted abolishment of rights by the left will result in a dramatic polarization of the people in the United States and eventually a fracturing of the US along cultural and racial lines.

**Why did you choose New Zealand as a place to attack?**
New Zealand was not the original choice for attack, I only arrived to New Zealand to live temporarily whilst I planned and trained, but I soon found out that New Zealand was as target rich of an environment as anywhere else in the West.
Secondly an attack in New Zealand would bring to attention the truth of the assault on our civilization, that no where in the world was safe, the invaders were in all of our lands, even in the remotest areas of the world and that there was no where left to go that was safe and free from mass immigration.

**Was there any reason you attacked that(those) mosque(s) in particular?**
Originally the mosque in Dunedin was the main target,particularly after watching the video on their facebook page named “Otago muslim association”

https://www.facebook.com/Otago-Muslim-Association-20677822935878
6/

The video war entitled "Very interesting video. Only for Muslims. Please
do not redistribute" that proved their knowledge of their actions, and their
guilt.

https://www.facebook.com/206778229358786/videos/451628238207116/

But after visiting the mosques in Christchurch and Linwood and seeing
the desecration of the church that had been converted to a mosque in
Ashburton, my plans changed.

The Christchurch and Linwood mosques had far more invaders, in a more
prominent and optically foreign building, with less students,more adults
and a prior history of extremism.
Attacking these mosques also allowed for an extra planned attack on the
mosque in Ashburton, whilst I am unsure as of this time of writing
whether I will reach that target, it was a bonus objective.

**Do you consider it a terrorist attack?**
By the definition, then yes. It is a terrorist attack. But I believe it is a
partisan action against an occupying force.

**Do you feel any remorse for the attack?**
No, I only wish I could have killed more invaders, and more traitors as
well.

**Did/do you personally hate muslims?**
A muslim man or woman living in their homelands?No.
A muslim man or woman choosing to invade our lands live on our soil
and replace our people? Yes, I dislike them.
The only muslim I truly hate is the convert, those from our own people
that turn their backs on their heritage, turn their backs on their cultures,
turn their back on their traditions and became blood traitors to their own
race. These I hate.

**Did/do you personally hate foreigners/other cultures?**
No, I spent many years travelling through many, many nations.
Everywhere I travelled, barring a few small exceptions, I was treated
wonderfully, often as a guest and even as a friend. The varied cultures of
the world greeted me with warmth and compassion, and I very much
enjoyed nearly every moment I spent with them.

I wish the different peoples of their world all the best regardless of their ethnicity, race, culture of faith and that they live in peace and prosperity, amongst their own people, practicing their own traditions, in their own nations.
But, if those same people seek to come to my peoples lands, replace my people, subjugate my people, make war upon on my people, ,hen I shall be forced to fight them, and hold nothing in reserve.

**Do you believe those you attacked were innocent?**
They are no innocents in an invasion, all those who colonize other peoples lands share guilt.

**Did you commit the attack to receive media coverage and to propagate your own writings/beliefs/ideals?**
No, the attack was a end in itself, with all the necessary affect required. These writing, and their coverage, are just a bonus.

**Did you intend to survive the attack?**
Yes, but death was a definite possibility. These situations are chaotic and virtually impossible to control, no matter the planning. Survival was a better alternative to death in order to further spread my ideals by media coverage and to deplete resources from the state by my own imprisonment.

**Was the attack "racist" in origin?**
Fertility rates are innately tied to race, so yes. There was a racial component to the attack.

**Was the attack "xenophobic" in orgin?**
Fertility rates are cultural, there is no denying that, so there was a war of cultures being fought by the invaders, and my attack was a response to this. Though I hold no great fear or distrust of other peoples.

**Was the attack "islamophobic" in origin?**
Islamic nations in particular have high birth rates, regardless of race or ethnicity, and in this there was an anti-islamic motivation to the attacks, as well as a want for revenge against islam for the 1300 years of war and devastation that it has brought upon the people of the West and other peoples of the world.

**Was the attack anti-immigration in origin?**
Yes, beyond all doubt, anti-immigration, anti-ethnic replacement and anti-cultural replacement.

**Was the attack anti-diversity in origin?**

No, the attack was not an attack on diversity, but an attack in the name of diversity.

To ensure diverse peoples remain diverse, separate, unique,undiluted in unrestrained in cultural or ethnic expression and autonomy.

To ensure that the peoples of the world remain true to their traditions and faiths and do not become watered down and corrupted by the influence of outsiders. The attack was to ensure a preservation of beauty, art and tradition. In my mind a rainbow is only beautiful to due its variety of colours, mix the colours together and you destroy them all and they are gone forever and the end result is far from anything beautiful.

**Did you intend to kill police officers or other enforcers of the state?**

No.The police force in New Zealand is on overall good terms with the public and, unlike in other European nations such as France, the UK, or Norway they have so far remained loyal to the people.So harming the NZ police officers was to be avoided at all costs unless the state enforcer was from an invaders background.

Striking quickly and then exfiltrating from the area of attack was the plan, to avoid the responders of the state and to avoid a situation where I was forced to harm them.

In the event of an engagement I had the somewhat quixotic notion of shouting down responding state enforcers, intimidating them into dropping their weapons and if that failed, only targeting non-vital areas of their body such as the anterior of the thigh, shoulder or a side-on through shot of the calf, hamstring or gluteal muscles so as to cause the least amount of harm as possible and to allow for a quick recovery.

How this worked in reality, well…only you know.

**If you survived, did you intend to go to trial?**

Yes, and to plead not guilty.The attack was a partisan action against a occupying force, and I am a lawful, uniformed combatant.

**Were there other targets planned in your attack?**

Many, one thing that can be said about the current state of the West is that we live in a target rich environment, traitors and enemies abound.

**Were/are you are "racist"?**

Yes,by definition, as I believe racial differences exist between peoples and they have a great impact on the way we shape our societies

I also believe fertility rates are part of those racial differences and that the immigrants in our lands with high fertility must be forced out to ensure the existance of our race.
So yes. I am a racist.

### Were/are you a "xenophobe"?\
No, no culture scares me. I am only wary of those cultures with higher fertility rates replacing others.

### Were/are you a "islamophobe"?
No, I am not afraid of islam, only that, due to its high fertility rates, it will grow to replace other peoples and faiths.

### Were/are you a nationalist?
Yes, predominantly an ethno-nationalist(I place importance on the health and well being of my race above all else).

### Were/are you a nazi?
No, actual nazis do not exist.They haven't been a political or social force anywhere in the world for more than 60 years.

### Were/are you an anti-semite?
No.A jew living in israel is no enemy of mine, so long as they do not seek to subvert or harm my people.

### Were/are you a neo-nazi?
That is a very broad category of people, and the definition is fuzzy at best. So no, I don't believe so.

### Were/are you a conservative?
No, conservatism is corporatism in disguise, I want no part of it.

### Were/are you a christian?
That is complicated.
When I know, I will tell you.

### Were/are you a fascist?
Yes. For once, the person that will be called a fascist, is an actual fascist. I am sure the journalists will love that.
I mostly agree with Sir Oswald Mosley's views and consider myself an Eco-fascist by nature.
The nation with the closest political and social values to my own is the People's Republic of China.

**Was there a political figure or party in history you most associate yourself with?**
Sir Oswald Mosley is the person from history closest to my own beliefs.

**Were/are you a "homophobe"?**
No, I simply do not care all that much what gay people do.As long as they are loyal to their people and place their peoples well being first, then I have no issues.

**Were/are you "right wing"?**
Depending on the definition, sure.

**Were/are you "left wing"?**
Depending on the definition, sure.

**Were/are you a socialist?**
Depending on the definition. Worker ownership of the means of production? It depends on who those workers are, their intents, who currently owns the means of production, their intents and who currently owns the state, and its intents.

**Were/are you a supporter of Donald Trump?**
As a symbol of renewed white identity and common purpose? Sure. As a policy maker and leader? Dear god no.

**Were/are you a supporter of Brexit?**
Yes, though not for an official policy made. The truth is that eventually people must face the fact that it wasn't a damn thing to do with the economy.That it was the British people firing back at mass immigration, cultural displacement and globalism, and that's a great and wonderful thing.

**Were/are you a supporter of Front National?**
No,they're a party of milquetoast civic nationalist boomers, completely incapable of creating real change and with no actual viable plan to save their nation.

**By living in New Zealand, weren't you an immigrant yourself?**
Yes, and it seems we immigrants seem to bring a whole host of issues. Nah, not really.An Australian living in New Zealand is much the same as an Austrian living in Bavaria. They aren't going to ethnically replace the people, nor change the nations culture.They are the same people, they are the same culture.

**Are you intolerant?**
Sure. The last virtues of a dying nation are tolerance and apathy, and I
want none of it.

**How did you develop/research/receive your views and beliefs?**
Over a great deal of time, from a great deal of places.

**From where did you receive/research/develop your beliefs?**
The internet, of course. You will not find the truth anywhere else.

**Is there a particular person that radicalized you the most?**
Yes, the person that has influenced me above all was Candace Owens.
Each time she spoke I was stunned by her insights and her own views
helped push me further and further into the belief of violence over
meekness. Though I will have to disavow some of her beliefs, the
extreme actions she calls for are too much, even for my tastes.

**Were you taught violence and extremism by video
games,music,literature,cinema?**
Yes, Spyro the dragon 3 taught me ethno-nationalism. Fortnite trained me
to be a killer and to floss on the corpses of my enemies.
No.

**Did you always hold these views?**
No, when I was young I was a communist, then an anarchist and finally a
libertarian before coming to be an eco-fascist.

**Who do you consider white?**
Those that are ethnically and culturally European.

**Who do you consider non-white?**
Those who are not ethnically and culturally European.

**Where your beliefs given to you by your family/friends/society etc?**
No. Those around my were the typical Australians, apathetic and for the
most part apolitical, only truly showing motivation in matters of animal
rights, environmentalism and taxation.

**Do you consider yourself a leader?**
No, just a partisan.

**Did/do you have ties to any other partisans/freedom fighters/ethno soldiers?**

I support many of those that take a stand against ethnic and cultural genocide.Luca Traini, Anders Breivik, Dylan Roof, Anton Lundin Pettersson, Darren Osbourne etc.

But I have only had brief contact with Knight Justiciar Breivik, receiving a blessing for my mission after contacting his brother knights.

**Were your beliefs influenced by any other attackers?**

I have read the writings of Dylan Roof and many others, but only really took true inspiration from Knight Justiciar Breivik.

**If convicted, do you expect to stay in prison?**

Yes, until I am either killed, released or enough time passes and the greater situation is an obvious defeat of our people.Then I will commit suicide, happy in the knowledge I did my best to prevent the death of my race.

**Why do you believe you will be released from prison?**

I do not just expected to be released, but I also expect an eventual Nobel Peace prize.As was awarded to the Terrorist Nelson Mandela once his own people achieved victory and took power.

I expect to be freed in 27 years from my incarceration, the same number of years as Mandela, for the same crime.

**Why do you care so much about Europe, aren't you an Australian?**

Australia, just like the rest of the colonies of Europe, is simply an off-shoot of the European people. A finger on the hand of the body of Europe.

The origins of my language is European, my culture is European, my political beliefs are European, my philosophical beliefs are European, my identity is European and, most importantly, my blood is European.

## 2. Answers to my people/supporters questions

**What are your views?**

I am an Ethno-nationalist Eco-fascist. Ethnic autonomy for all peoples with a focus on the preservation of nature, and the natural order.

**Who do you follow?**

No one person in particular, I support many groups but I am a member of none.

**Who do you support?**
Those that wish a future for white children, and to ensure the existence of our people.

**Are you a Fed/shill/mossad agent/false flag/patsy/infiltrator/antifa/glow in the dark etc?**
No, but the next person to attack could be, so a healthy scepticism is a good thing.
Just do not allow your scepticism to turn to paranoia and keep you from supporting those that want the best for you.

**What are your wishes?**
To ensure the existence of our people and a future for white children, whilst preserving and exulting nature and the natural order.

**What do you encourage us to do?**
Make your plans, get training, form alliances, get equipped and then act.
The time for meekness has long since passed, the time for a political solution has long since passed.
Men of the West must be men once more.

**Is this your complete writings and views?**
Unfortunately not, there was a much larger work written, roughly 240 pagies long that spoke on many issues and went into much depth, but in a moment of unbridled self criticism, I deleted the entire work and started again, two weeks before the attack itself.
I was left with a short period of time to create a new work and only leave my views half finished. I will let my actions speak for themselves.

## 3.Answers to detractors and to those that oppose my beliefs/methods

**Won't your attack do more harm than good?**
No, there isn't a successful, influential grand movement established just yet, and no leading organizations, so there is no great structure created that could be brought to harm.
As for how the public perceives us? Did they perceive us any differently after the attack than they did before?

**Won't your attack result in calls for the removal of gun rights from Whites in the United states?**
Yes, that is the plan all along, you said you would fight to protect your rights and the constitution, well soon will come the time.

**Won't your attack result in calls for the removal of gun rights in the New Zealand?**

The gun owners of New Zealand are a beaten, miserable bunch of baby boomers, who have long since given up the fight.When was the last time they won increased rights? Their loss was inevitable.I just accelerated things a bit.

They had long since lost their cities, take a look at Auckland. Did you really expect they would not also lose their rights?

**You are a bigot,racist,xenophobe,islamophobe,nazi,fascist!**

A.  Compliments will get you no where.

B.  That isn't a question.

C.  What the fuck did you just fucking say about me, you little bitch? I'll have you know I graduated top of my class in the Navy Seals, and I've been involved in numerous secret raids on Al-Quaeda, and I have over 300 confirmed kills. I am trained in gorilla warfare and I'm the top sniper in the entire US armed forces. You are nothing to me but just another target. I will wipe you the fuck out with precision the likes of which has never been seen before on this Earth, mark my fucking words. You think you can get away with saying that shit to me over the Internet? Think again, fucker. As we speak I am contacting my secret network of spies across the USA and your IP is being traced right now so you better prepare for the storm, maggot. The storm that wipes out the pathetic little thing you call your life. You're fucking dead, kid. I can be anywhere, anytime, and I can kill you in over seven hundred ways, and that's just with my bare hands. Not only am I extensively trained in unarmed combat, but I have access to the entire arsenal of the United States Marine Corps and I will use it to its full extent to wipe your miserable ass off the face of the continent, you little shit. If only you could have known what unholy retribution your little "clever" comment was about to bring down upon you, maybe you would have held your fucking tongue. But you couldn't, you didn't, and now you're paying the price, you goddamn idiot. I will shit fury all over you and you will drown in it. You're fucking dead, kiddo.

**Democracy is the only solution, why are you committing to force?**

Democracy is mob rule and the mob itself is ruled by our enemies. The global and corporate run press controls them, the education system(long since fallen to the long march through the institutions carried out by the marxists)controls them, the state(long since heavily lost to its corporate backers)controls them and the anti-white media machine controls them.

Do not suffer under the delusion of an effortless, riskless democratic victory.
Prepare for war, prepare for violence and prepare for risk, loss, struggle, death.
Force is the only path to power and the only path to true victory.


## Violence isn't the answer, why are you using force?
There is no nation in the world that wasn't founded by, or maintained by, the use of force. Force is power. History is the history of power. Violence is power and violence is the reality of history.Wake up.

## What makes you think that you have all the answers?
I don't, but I may have some. Take from my views that which works, discard that which does not.Victory is all that matters.

## What makes you believe you can speak for a group?
I speak for my views and my ideals, and those that support me.Some may agree with them, others won't.

## What makes you believe you are European, not just an Australian?
What is an Australian but a drunk European? Kidding, but Australian is a European colony, particularly of British stock and thereby an extension of Europe.

## What makes you believe there are racial differences and that those differences matter?
Research and data. Haplogroups, phenotypes and globalized testing. In time, the truth will be revealed.

## Why do you blame immigrants and not the capitalists?
I blame both, and plan to deal with both.

## Why attack immigrants when "x" are the issue?
Because the "x" groups can be dealt with in time, but the high fertility immigrants will destroy us now, soon it is a matter of survival we destroy them first.

## Why attack muslims if all high fertility immigrants are the issue?
Historical, societal and statistical reasons. They are the most despised group of invaders in the West, attacking them receives the greatest level of support. They are also one of the strongest groups, with high fertility, high in group preference and a will to conquer.

**Why focus on immigration and birth rates when climate change is such a huge issue?**

Because they are the same issue, the environment is being destroyed by over population, we Europeans are one of the groups that are not over populating the world. The invaders are the ones over populating the world. Kill the invaders, kill the overpopulation and by doing so save the environment.

**If you believe we need to correct the white birth rates, why didn't you start a family and do it yourself?**

Because if we do not destroy the invaders first, our own birthrates will mean nothing. We do not have the birth rates to fight them at their game, nor should we as it is ultimately destructive to nature and culture.So I took matters into my own hands.

**Didn't your attack just result in the vilification of ethno-nationalists/racial autonomists?**

No, people will forget my motivations quickly and only remember the attack itself. Don't believe me, can anymore tell you the motivation of the Madrid train bomber attackers?

**Children are always innocent, do you not think you are a monster for killing an innocent?**

Children of invaders do not stay children, they become adults and reproduce, creating more invaders to replace your people.They grow up and vote against your peoples own wishes, for the interests of their own people and identity. They grow up and take the potential homes of your own people for themselves, they occupy positions of power, remove wealth and destroy social trust.

Any invader you kill, of any age, is one less enemy your children will have to face.

Would you rather do the killing, or leave it to your children? Your grand children?

# <u>Section I</u>
## <u>Addresses to various groups</u>

It was not part of their blood,
It came to them very late,
With long arrears to make good,
When the Saxon began to hate.

They were not easily moved,
They were icy -- willing to wait
Till every count should be proved,
Ere the Saxon began to hate.

Their voices were even and low,
Their eyes were level and straight.
There was neither sign nor show
When the Saxon began to hate.

It was not preached to the crowd,
It was not taught by the state.
No man spoke it aloud
When the Saxon began to hate.

It was not suddenly bred,
It will not swiftly abate,
Through the chilled years ahead,
When Time shall count from the date
That the Saxon began to hate.

-Altered version of "The Beginnings"
by Rudyard Kipling

# **To Conservatives**

Ask yourself, truly, what has modern conservatism managed to conserve? What does it seek to conserve? The natural environment?Western Culture? Ethnic autonomy? Religion? The nation? The race?

Nothing is conserved. The natural environment is industrialized, pulverized and commoditized.

Western culture is trivialized, pulped and blended into a smear of meaningless nothing, with the only tenets and beliefs seemingly held to are the myth of the individual, the value of work (productivity for the benefit of your capitalist owners) and the sovereignty of private property (to ensure none of us get grand ideas of taking the unearned wealth of our owners).

Ethnic autonomy? Destroyed in the name of cheap labour, whilst they may publicly object to the illegal immigration of the third world masses, privately they push for as much migration as possible, anything to decrease the labour cost of production and line their pockets with the profits. They removed the Europeans peoples autonomy and sovereignty for their own lust for power and wealth.

Religion? What remains? Empty churches and full shopping centers? Drive through confessionals and no fault divorce? Any religious ideal that stood between the wealthy and wealth generation was downplayed, sidelined and quietly dismantled. All so that they could line their pockets without complaints or objections

The nation? What nations do we have to conserve? What our own nations now based on? Their is no shared culture, ethnicity, language, values or beliefs. Anyone can be a member of our nation, as long as they have the paperwork. They need not be born here, share our race, our language, our culture or our beliefs. Hear the conservatives cry, as long as they are willing to WORK, let them in! Let them earn our wealthy benefactors their second yachts and their fifth properties!

The Race? They don't even BELIEVE in the race, they don't even have the gall to say race exists. And above all they don't even care if it does. It's profit, and profit alone that drives them, all else is secondary. The

notion of a racial future or destiny is as foreign to them as social responsibilities.

Not a thing has been conserved other than corporate profits and the the ever increasing wealth of the 1% that exploit the people for their own benefit.

Conservatism is dead. Thank god. Now let us bury it and move on to something of worth.

CONSERVATISM IS DEAD, THANK GOD.

# <u>To Christians</u>

"The people worthy of glory, the people blessed by God Our Lord, moan and fall under the weight of these outrages and most shameful humiliations. The race of the elect suffers outrageous persecutions, and the impious race of the Saracens respects neither the virgins of the Lord nor the colleges of priests. They run over the weak and the elderly, they seize the children from their mothers so that they might forget, among the barbarians, the name of God. That perverse nation profanes the hospices … The temple of the Lord is treated like a criminal and the ornaments of the sanctuary are robbed.

"What more shall I say to you?

"We are disgraced, sons and brothers, who live in these days of calamities! Can we look at the world in this century reproved by Heaven to witness the desolation of the Holy City and remain in peace while it is so oppressed? Is it not preferable to die in war rather than suffer any longer so horrible a spectacle? Let us all weep for our faults that raise the divine ire, yes, let us weep… But let not our tears be like the seed thrown into the sand. Let the fire of our repentance raise up the Holy War and the love of our brethren lead us into combat. Let our lives be stronger than death to fight against the enemies of the Christian people."

ASK YOURSELF, WHAT WOULD POPE URBAN II DO?

# <u>**To Antifa/Marxists/Communists**</u>

I do not want to convert you, I do not want to come to an understanding. Egalitarians and those that believe in heirachy will never come to terms.I don't want you by my side or I don't want share power.

I want you in my sights. I want your neck under my boot.

SEE YOU ON THE STREETS YOU ANTI-WHITE SCUM

# To turks

You can live in peace in your own lands, and may no harm come to you.

On the east side of the Bosphorus.

But if you attempt to live in European lands, anywhere west of the Bosphorus.We will kill you and drive you roaches from our lands.
We are coming for Constantinople and we will destroy every mosque and minaret in the city.
The Hagia Sophia will be free of minarets and Constantinople will be rightfully christian owned once more.

FLEE TO YOUR OWN LANDS, WHILE YOU STILL HAVE THE CHANCE

# Section II
## General Thoughts and Potential Strategies

"It will come in one way and one way alone, not through existing governments. Not by the maneuvers of the lobbies and the parliaments and the congresses, it will come under the stress of necessity. It will come in a great wave of popularity, in a great awakening of the European soul."

-Sir Oswald Mosley

# <u>Who is truly to blame?</u>

The people who are to blame most are ourselves, european men. Strong men do not get ethnically replaced, strong men do not allow their culture to degrade, strong men do not allow their people to die. Weak men have created this situation and strong men are needed to fix it.

UNTIL THE HAGIA SOPHIA IS FREE OF THE MINARETS,THE MEN OF EUROPE ARE MEN IN NAME ONLY

# The Rape of European Women Invaders

Many of you may already know about the rape of British women by the invading forces, Rotherham of course being the most well known case. But what few know is that Rotherham is just one of an ongoing trend of rape and molestation perpetrated by these non-white scum.

A list of wikipedia entries from the most well known British rape cases follows:

https://en.wikipedia.org/wiki/Rotherham_child_sexual_exploitation_scandal

https://en.wikipedia.org/wiki/Aylesbury_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Banbury_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Bristol_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Derby_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Halifax_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Huddersfield_grooming_gang

https://en.wikipedia.org/wiki/Keighley_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Keighley_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Newcastle_sex_abuse_ring

https://en.wikipedia.org/wiki/Operation_Doublet

https://en.wikipedia.org/wiki/Rochdale_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Oxford_child_sex_abuse_ring

https://en.wikipedia.org/wiki/Peterborough_sex_abuse_case

https://en.wikipedia.org/wiki/Telford_child_sexual_exploitation_scandal

What many do not know is that these cases do not solely occur in Britain,

but elsewhere in the Western world as well, as shown by these two well known cases in Australia:

https://en.wikipedia.org/wiki/Ashfield_gang_rapes

https://en.wikipedia.org/wiki/Sydney_gang_rapes

And even in Finland:

https://en.wikipedia.org/wiki/Oulu_child_sexual_exploitation_scandal

Just as shocking are the cases of open and public sexual assault and harassment performed by these invasive scum that appear to be occurring ever more frequently across the European world such as those in Germany in the New years eve sexual assaults in Cologne, Hamburg, Dortmund, Dusseldorf, Stuttgart and Bielefeld. The wikipedia entry of these events follows:

https://en.wikipedia.org/wiki/2015%E2%80%9316_New_Year%27s_Eve_sexual_assaults_in_Germany

The true number of these events perpetrated across the Western world is unknown and certainly under reported, as both the state, the media and the judicial system work in unison to hide these atrocities, in the fear that knowledge of these events would enrage the native people of the West and damage the perception of our new "Multicultural utopia".

Finally I would like to send a message to the perpetrators of these attacks, and their families. You will hang. If you are released we will find you and kill you, if you are in prison we will reach you there, if you try to hide these rapist scum we will kill you as well. For the disgrace you have heaped upon the European people and the distress you have caused to European women, you will die.

KILL THE RAPISTS, HANG THEIR FAMILIES

# **Diversity is weak**

Why is diversity said to be our greatest strength? Does anyone even ask why? It is spoken like a mantra and repeated ad infinitum "diversity is our greatest strength, diversity is our greatest strength, diversity is our greatest strength…". Said throughout the media, spoken by politicians, educators and celebrities. But no one ever seems to give a reason why.

What gives a nation strength? And how does diversity increase that strength? What part of diversity causes this increase in strength? No one can give an answer.

Meanwhile the "diverse" nations across the world are scenes of endless social, political, religious and ethnic conflict. The United states is one of the most diverse nations on Earth, and they are about an inch away from tearing each other to pieces. Brazil with all its racial diversity is completely fractured as a nation, where people cannot get along and separate and self segregate whenever possible. South Africa with all its "diversity" is turning into a bloody backwater as its diversity increases, black on other black, black on white, white on black, black on Indian, doesn't not matter, its ethnicity vs ethnicity. They all turn on each other in the end.

Why is it that what gives Western nations strength(diversity)is not what gives Eastern nations(China, Japan, Taiwan,South Korea)their strength? How are they so strong, China set to be the worlds most dominant nation in this century, whilst lacking diversity? Why is that their non diverse nations do so much better than our own, and on so many different metrics?

Diversity is not a strength. Unity, purpose, trust, traditions, nationalism and racial nationalism is what provides strength. Everything else is just a catchphrase.

DIVERSITY IS WEAKNESS, UNITY IS STRENGTH

# Radicalization of Western men

The radicalization of young Western men is not just unavoidable, but inevitable. It should come as no shock that European men, in every nation, and on every continent are turning to radical notions and methods to combat the social and moral decay of their nations and the continued ethnic replacement of their people.

Radical, explosive action is the only desired, and required, response to an attempted genocide. These men and women are not being being brain-washed, corrupted or misled. They are finally removing their blindfolds and seeing the reality of the the world and their peoples future.

The truth that the West killed the notion of god, and proceeded to replace it with nothing. Brought forth two competing ideologies(communism and fascism)to replace this loss of god, then proceeded to allow both sides to slaughter each other to a standstill and then let corporate backed capitalists tear the survivor to pieces. Resulting in a society with no core beliefs, no purpose and no vision for the future. A society of rampant nihilism, consumerism and individualism, where every individual is a competitor and the rights of the individual override all notions of responsibility. In this hell the individual is all and the race is worthless, something to rail against and use whenever possible, a power structure to climb, or topple.

The truth that they are rapidly becoming, not just a global minority, but a minority within their own lands.

The Truth that they are left, alone, an individual in a society worshiping the cult of the individual, to respond against an influx of outsiders from all corners of the world. Enemies bound by faith, culture or tradition with higher levels of fertility, trust and in group preference resulting in much stronger communities.

The truth that they are expected not to combat these myriad, unending and dedicated interlopers, but to embrace them, accept their own disenfranchisement, accept the loss of their fathers lands, their own impoverishment, their own REPLACEMENT.

But they will not accept this death. This eradication of their people, their culture, their very soul.

They see the decay all around them, plummeting,free-falling birth rates all across the Western world. Millions of invaders landing on our shores, conquering our towns and without a single shot fired in response. Broken families with soaring divorce rates, that's if they even bother to get married at all.Suicide rates climbing year by year, not just for adults, by even teens and children as well and the only time people seem to even notice is when one of their own idols commits the act(singers, sports stars, actors). Drug use at all levels of society, in all age groups, any source of distraction or relief to escape a culture of nihilism. Rampant urbanization and industrialization, ever expanding cities and shrinking forests, a complete removal of man from nature, with the obvious results. Pedophile politicians, pedophile priests and pedophile pop stars, demonstrating to all the true depravity of our age. Art and beauty subverted beyond all recognition, bauhaus travesties replacing nouveau wonders,soulless metropolitan architecture of glass and steel reflecting no society, no culture, no people and therefore belonging everywhere, and no where. Suicidal, nihilistic and degenerate pop icons produced from a dead culture: Michael Jackson(pedophile, self hating, self mutilating, opiod addict);Madonna(degenerate,drug addict, childless, whore, anti-christian, pro miscegenation) Kurt Cobain(suicidal, drug addict, self hater, anti-social), Freddy Mercury(lifelong identity crisis, lifelong battle with hedonism and drug use, eventual death due to sexual hedonism)just to name a few.Empty nurseries, full casinos, empty churches and full mosques, entropy in blitzspeed.Politicians writ in the same ink as Eligabolus, worshiping all that is foreign, poisonous and subversive.

So these young men and women see this suicidal nihilism and isolate themselves from this mainstream, "multicultural", egalitarian, individualistic insanity and look for allies anywhere they can find them, in the flesh or online. They congregate, discuss, despair, strategize, debate and plan. They decry weakness, mock fecklessness and worship strength, and in this worship of strength they radicalize and find the solution.

Somehow this isolation then radicalization is seen as a surprise, yet for anyone who was paying attention, it was a long time coming. Once the

corporate and state medias grip on the zeitgeist of modernity was finally broken by the internet,true freedom of thought and discussion flourished and the overton window was not just shifted, but shattered. All possibility of expression and belief was open to be taught, discussed and spoken.

This open and often anonymous discussion allowed for information, outside of the states and the corporation control, to be accessed often for the first time. The result is obvious. People are finding their way home. Finding their people, finding their traditions, seeing through the lies of history, the brainwashing of the institutions and they angry, they are energized and yes, against their degenerate societies, they are radicalized.

RADICALIZATION IS THE RATIONAL RESPONSE TO DEGENERATION

# The failure of Assimilation

Expecting immigrants to assimilate to a dying, decadent culture is laughable. Who would willing leave their own strong, dominant and rising culture to join an elderly, decaying, degenerate culture? What culture would entice a man, one of traditions, beauty, architecture, art and prosperity, or a culture of decay, self-hatred, childlessness, disorder and nihilism?

More immigrants are choosing to retain their own healthy culture, year by year, and even more telling, our own people are beginning to join them, looking outside their own watered down and deteriorating culture to look for purpose and guidance from outside sources.

The weaker we become the more immigrants will refuse to join us, refuse to partake in the cultural suicide that we extol. That should surprise no one.

NO ONE WILL WILLFULLY JOIN THE DECAY

# <u>Green nationalism is the only true nationalism</u>

There is no Conservatism without nature, there is no nationalism without environmentalism, the natural environment of our lands shaped us just as we shaped it. We were born from our lands and our own culture was molded by these same lands .The protection and preservation of these lands is of the same importance as the protection and preservation of our own ideals and beliefs.

For too long we have allowed the left to co-opt the environmentalist movement to serve their own needs. The left has controlled all discussion regarding environmental preservation whilst simultaneously presiding over the continued destruction of the natural environment itself through mass immigration and uncontrolled urbanization, whilst offering no true solution to either issue.

There is no Green future with never ending population growth, the ideal green world cannot exist in a World of 100 billion 50 billion or even 10 billion people. Continued immigration into Europe is environmental warfare and ultimately destructive to nature itself.

The Europe of the future is not one of concrete and steel,smog and wires but a place of forests, lakes, mountains and meadows. Not a place where english is the defacto language but a place where every European language, belief and tradition is valued. Each nation and each ethnicity was melded by their own environment and if they are to be protected so must their own environments.

THERE IS NO TRADITIONALISM WITHOUT
ENVIRONMENTALISM

# Kill High Profile Enemies

There are well known enemies of our nations, enemies of our race that freely walk through our societies, heads held high, believing themselves untouchable. They will soon find out how wrong they truly are. Traitors deserve a traitors death. No matter if it takes 3 years or 30 years, these people must pay for their disgusting attacks upon our race.

TATP packages strapped to drones,an EFP in a motorcycle saddle bags, convoy ambush rammings with cement trucks. Any method that gives these traitors their sure reward is viable and should be encouraged. Where there is a will, there is a way.

Merkel, the mother of all things anti-white and anti-germanic, is top of the list. Few have done more to damage and racially cleanse Europe of its people.

Erdogan, the leader of one of the oldest enemies of our people, and the leader of the largest islamic group within Europe. This warlord must bleed his last, whilst he visits his ethnic soldiers currently occupying Europe. His death will also drive a wedge between the Turk invaders currently occupying our lands and the ethnic European people whilst simultaneously weakening Turkeys hold on the region, removing a prime enemy of Russia and destabilizing and fracturing NATO.

Sadiq Khan, The current mayor of London at the time of writing, an open sign of the disenfranchisement and ethnic replacement of the british people in the british isles. This Pakistani muslim invader now sits as representative for the people of London. Londinium ,the very heart of the British isles. What better sign of the white rebirth than the removal of this invader?

KILL ANGELA MERKEL, KILL ERDOGAN, KILL SADIQ KHAN

# The Paradox of the diverse equality

The greatest joke of all is the quixotic foolishness of the diverse but equal society. Diversity by its very definition belies equality. No two different things can ever truly be equal, especially humans. There is no one person equal to any other, not identical twins, not countrymen, not workers within a class group and certainly not those of differing races. Every human is worth only their own value, no more or less.

The more diverse a group becomes, the less equal it becomes. Diversity is anathema to equality. One cannot exist with the other.

DIVERSITY IS UNEQUAL,HIERARCHIES ARE CERTAIN

# <u>The present is a gift from those in our past</u>

Your ancestors did not sweat,bleed and die in the name of a multicultural, egalitarian nation. They built homes for their children to live in, they built communities for their people to thrive in, they built nations for their people to survive in. They slaved for a better future for their people, and now other peoples shake their fists and point their fingers, reprimanding us for living better lives, wealthier lives in wealthier countries. This wealth and prosperity was paid for in the sweat and blood of your ancestors. Our present comfortable, privileged and prosperous life was gifted to us by our forebears, with the belief that we would maintain, cherish and even expand upon their work, so that one day our own children can enjoy the rewards of our labour.

We must strive to create a nation worthy of our ancestors, that we give our people the very best lives, and nations that are worthy of them. A nation that venerates its ancestors, but lives for its offspring.

VENERATE THE ANCESTORS BUT WORK FOR THE CHILDREN

# A soldiers fight

The ideal of a heroic war, without loss, without failure, without some great setback, is idealistic and downright impossible. Even at Vienna in 1683 we Europeans still lost over fourteen thousand good men. That was during a triumphant VICTORY. Do you believe you are better than these men? More deserving of life? More skilled and courageous? You are not. If they could die, so can you. Expect death, expect struggle, expect loss that you will never forget. Do not expect to survive, the only thing you should expect is a true war and to die the death of a true soldier.

EXPECT A SOLDIERS FIGHT AND A SOLDIERS DEATH

# <u>The Danger of the Invader</u>

If you were to kill sixty armed invaders having shown the will and the intent to bring harm to your nation and people, you would be hailed a hero, given your nations highest civilian honours, paraded before the media and the adoring public. But kill sixty unarmed invaders having shown the will and the intent to bring harm to your nation and people, and you will be considered a monster, dragged through the streets, ridiculed, attacked,your character assassinated in every way it can be and finally tried in court and imprisoned for the rest of your life.

But here's the real kicker, the unarmed invader is far more dangerous to our people than the armed invader. We can fight the armed invader, we know how, we have the ability, we have the soldiers and arms to do so. But the unarmed invader, we have no real idea on how to deal with them, we are unable to attack them or fend them off in any meaningful way.

Both would seek to destroy our nation, both would seek to displace and replace our people, both would seek to destroy our culture and nationhood. But only one has the ability and only one has shown to be effective at doing so.

THE UNARMED INVADER IS MORE DANGEROUS THAT THE ARMED

# **<u>The Lightning March through the institutions</u>**

While the lefts march through the institutions was long and ultimately successful we must achieve the same, but in a much shorter time period. Due to the threat of ethnic replacement and our own horribly low birth rates, we do not have 150 years or even 50 years to achieve positions of power. We must be intrinsically leveraged into the political, militaristic, judicial, educational and economic institutions, and within 25 years.

We do not have the luxury of time like the left had, we must be ready to act, and act soon. That means those that can, or have the ability should look to ingrain themselves into these institutions and climb as far up the power hierarchy as possible, in the shortest time possible. When the time comes you must be ready to act.

BLITZ TO DOMINANT POSITIONS

# **All true movements are populist movements**

While the movement itself, at least in the vanguard stage, does not need to have the support of the entire population, eventually we will need our people to join our new society, and voluntarily. They must be willing and wishing to be a part of this new future we envision.We cannot, and should not, rely on oppression to encourage the population to fit this new paradigm.

Through our own actions and speech we shall show them a new path. A path focusing on nature and respect for the environment, traditions, families, workers rights and personal and racial responsibilities. We must excel, both personally and as a society.

Whilst we may use edgy humour and memes in the vanguard stage, and to attract a young audience, eventually we will need to show the reality of our thoughts and our more serious intents and wishes for the future. For now we appeal to the anger and black comedic nature of the present, but eventually we will need to show the warmth and genuine love we have for our people.

SHOW THEM THE WAY FORWARD

# **There is no sheltered meadow**

There is nowhere left to run, turn around, face your enemy, make your stand. There is not a single place left where the tendrils of replacement migration have not touched. There is no single place in the West that is even close to reaching replacement level birthrates, let alone birthrates that indicate a level of vitality and vigour.

There is no pleasant meadow in which you can lay down your weary body, rest your head and wait for it all to blow over.

You will find no reprieve, not in Iceland, not in Poland, not in New Zealand, not in Argentina, not in Ukraine, not anywhere in the world. I know, because I have been there.

Nor should you, why should you have peace when your other brothers in Europe face certain war? Why you should risk nothing whilst others risk all? Why should others fight for you if you are not willing to fight for yourself?

Don't run from the fight, run towards the fight. Look to the heart of the conflict, march yourself there, press yourself into service. Give your everything to your people.

STOP RUNNING, START FIGHTING

# Emotions rule over facts

Stop trying to persuade the general population with statistics, charts, tablets and figures. A a one-point-seven percentage point difference may mean something to a few, but a ingeniously worded expression or brilliantly crafted poster will convince the many.

Humans are emotional, they are driven by emotions, guided by emotions and seek emotion expressions and experiences. Monotonous repetition of immigration facts and statistics will simply bore the masses, and drive the people away from the stale and uninspired speakers that propagate them.

Be creative, be expressive, be emotional and above all be passionate. These are the things that speak to people, connect people, drive people. Paint, write, sing, dance, recite poetry. Hell, even meme. Create memes, post memes, and spread memes. Memes have done more for the ethno-nationalist movement than any manifesto.

Above all, just don't be stale,placid and boring. No one is inspired by Jeb Bush.

BE PASSIONATE, NOT PLACID

# <u>No Profits for Anti-Whites</u>

For too long those who have profited most from the importation of cheap labour have gone unpunished. The economic elites who line their pockets with the profit received from our own ethnic replacement. These greed filled bastards expect to replace our people with a race of low intellect, low agency, muddled, muddied masses just so their own wealth and power can increase.

They will soon realize there are repercussions to being a race traitors. These repercussions will hit them hard, fast and without mercy. If they flee we will follow them, if they hide we will find them, if they try to shield themselves behind the state we will break through and reach them.

If a an individual is in ownership or control of a corporation or business, and advocates or even accepts the mass importation of non-whites to replace the native European populations, then that traitor must be destroyed.

KILL YOUR LOCAL ANTI-WHITE CEO

# Protect your people, remove the poison

Poison sellers and toxin spreaders are free to proliferate their baneful products completely unchecked by law or society. Each year these degenerates are responsible for tens of thousands of deaths, in our own cities and across the globe.

Both illegal and legal drug dealers are our racial enemies, ruining the health, wealth, family structure, culture and future of our people.These peddlers of filth are active in every nation and behave without any thought of their impact on their societies.

Find where they are in your cities,plan your attack, destroy them.Protect your people and protect your children.Be the Antidote to their poison.

KILL YOUR LOCAL DRUG DEALER

# **Europe for Europeans**

The invaders must be removed from European soil, regardless from where they came or when they came. Roma, African, Indian, Turkish, Semitic or other. If they are not of our people, but live in our lands, they must be removed.

Where they are removed to is not our concern, or responsibility. Our lands are not their home, they can return to their own lands or found their homelands elsewhere. But they will not occupy our soil.

How they are removed is irrelevant, peacefully, forcefully, happily, violently or diplomatically. They must be removed.

Until these interlopers are repatriated to their peoples lands, then Europe has no true sovereignty, and anyone, no matter their ethnicity or beliefs can call Europe their own.

REMOVE THE INVADERS, RETAKE EUROPE

# <u>You wait for a signal, whilst your people wait for YOU</u>

Whilst you wait for a sign, a signal; someone to take up the spear; to cry out in alarm, your people wait on YOU. You are the voice, you are the klaxon call, you hold the first spear to be thrust at the invaders.

Stop waiting for someone else to show you the way forward, YOU are the way forward, waiting around for someone to start the fight is moronic, because it is YOU that is going to start the fight, If you are reading this, you are the new leaders that will push our people to victory, you are the soldiers that will fight for the future of your race. The people speaking now, acting now, fighting now, are the vanguard of the vanguard of the force of the people.

Lead and your people will follow. Show the strength of your convictions, the truth of yours and the iron-hard strength of your will and they will follow.

YOU WAIT FOR A SIGNAL, WHILE YOUR PEOPLE WAIT FOR YOU

# It is never wise to become a minority group.

In every country, on every continent, those that are in the minority are oppressed. If you become a social, political or ethnic minority it will always lead to your oppression.

Whether they are a political minority and therefore lose the control of the majority of power, and thus lose control of the laws and regulations that define public life or those that are the cultural minority find that art in all its forms is created and controlled by a different audience, from a different people from a different history, with differing ideals and experiences and therefore they find themselves isolated, excluded and removed from the creation of contemporary culture.

Those that find themselves born linguistically in the minority suffer daily, as the conversation of life excludes them, the mass media isolates them and businesses turn them away, as does the societies speech itself.

Finally there are those that find themselves in the ethnic or racial minority and find their very own genes being bred out of existence through miscegenation and differing racial birth rates. The same people will find themselves gradually less and less represented both politically and culturally, becoming essentially foreigners in their own lands.

MINORITIES ARE NEVER TREATED WELL, DO NOT BECOME ONE

# __Do not allow your enemies to grow unchecked__

When you discover a nest of vipers in your yard, do you spare the adolescents? Do you allow them to grow freely, openly, to one day bite you child as they play in their own yard? No. You burn the nest and kill the vipers, no matter their age.

The enemies of our children are being born in our lands right now, even as you read this. These same children will one day become teens, then adults, voting against the wishes of our people, practicing the cultural and religious practices of the invaders, taking our peoples lands, work, houses and even attacking and killing our children.

A ounce of prevention is worth a pound of cure. Preventing these enemies from reaching adulthood and their full potential of effect is of the importance. Why make your children fight, when you could fight in their stead?

Few parents, regardless of circumstance, will willing risk the lives of their children, no matter the economic incentives. Therefore, once we show them the risk of bringing their offspring to our soil, they will avoid our lands.

It will be distasteful, it will be damaging to the soul, but know that it is necessary and any invader you spare, no matter the age, will one day be an enemy your people must face. Better for you to face them now then your kin to face them in the future.

LEAVE NO VIPERS NEST UNBURNT

# Don’t leave the cities, Run towards the fight, Not away

Run towards the cities, run towards the conflict,run towards the enemy, fleeing from the enemy is cowardice. The countrysides are already ours, as they have always been. The people of the countrysides are already traditional, already close to nature, already supportive of their people.

Its the cities where the struggle lies, its the cities where the invaders have massed, its the cities where the marxists have poisoned the institutions, its the cities where the traitorous media and corporations lie and its the cities where the anti-white politicians and the NGOs make their homes.

Invade the cities, take the cities, battle in the streets for the cities. The cities are the economic, judicial, political,ethnic and cultural battleground of our people and it is there we shall wage our war.

The countryside can wait, the cities need you, your youth needs you. Despite how many of you may feel living amongst the pollution, amongst the cultural filth, crammed into tiny apartments in the city sprawls, far flung from mans natural environment. But it is there our future will be made and it is there the battle for our peoples future will be fought.

RETAKE THE CITIES, RETAKE YOUR BIRTHRIGHT

# Support Your Brother Nations

When one country moves ,you move with them, support them financially, politically, socially and physically. They may be able to discredit one small movement, from one nation. But when Europeans from all countries and continents move to back their brothers, they cannot possibly attack any one group.

The movement may begin in Poland, Austria, France, Argentina, Australia, Canada or even Venezuela, but the movement will begin and when it does, be ready to throw your weight behind your people, with full force.

Support them economically , donate to their cause, buy products from their people, volunteer your resources and labour.

Support them socially, back their policies, attack their detractors, voice upon support to the media and in daily conversations, make it understood on the internet that all Europeans nations support them.

Support them politically, voice support of their leaders, their ideals and their people. Lobby those in power to show your support, protest outside embassies of those nations that do not support the nation, and if need be attack them. Only elect leaders that show support to your brother nation.

Support them physically, be ready to put boots on the ground, send them weapons and munitions, attack their enemies. If the media or state in your region attacks them, destroy the corporation and traitorous politicians responsible. Physical force is the ultimate form of support.

MOVE AS ONE, FULL SUPPORT FOR BROTHER NATIONS

# Accept Death, Embrace Infamy

Death is certain, you may die in service to some grand crusade or pass away in a hospice, either way you will die.
What matters is your actions during the brief time between birth and death. The worth of your life is not measured by the length of your life, but your actions during it.

Ask yourself now, are you willing to shirk your racial responsibilities? turn your back to your people? ignore their demise? All in the hopes of a peaceful death?

Accept death:as it is as certain as the setting of the sun at evenfall. Only when you embrace death and the only thing you will have left to fear is inaction.

Embrace infamy: the enemies of your people will beset upon you, on all sides. The media will paint you as villains, the state will name you as traitors, the globalist forces will name you as criminals and the traitors amongst your people will name you as enemies. You will be infamous until victory is achieved. Take it with a smile.

ACCEPT DEATH, EMBRACE INFAMY, ACHIEVE VICTORY

## Numbers aren’t everything

In 2019, we currently have the largest number of people of our race in history(between 760-980million depending on definitions),yet we are losing even our smallest towns to ethnic replacement.
Numbers aren’t everything, ten lions are worth of thousand sheep.The reason we are currently losing our lands is not due to a lack of numbers, or wealth, or military force. It is due to a lack of will.
We could deport or otherwise destroy the entire population of invading non-Europeans in a week, if we as a race we chose to.We have the ability, we only need the will.

Focusing on increasing the population of whites, or trying to gain economic wealth or military might, whilst already having met the requirement of numbers, wealth and military force needed is simply a stalling tactic, spoken and put forth by men too cowardly to do what is required.

These men would stall and delay any action indefinitely, until all necessary action has been undertaken by some other, more courageous man. All so they need not carry any personal risk or struggle themselves.

Ignore the naysayers and weasels who will always repeat “Not Now! Just Wait! Not Yet! We Could Be Hurt!” for them the time will never come. Just as their own courage will never flower forth.

THE BEST TIME FOR ATTACK WAS YESTERDAY, THE SECOND BEST TIME IS NOW

# The birthrates must eventually be addressed, at all costs

Even if all invaders are deported tomorrow and all traitors are dealt with as they truly deserve, we are still living on borrowed time.
Whether it takes ten years or a thousands years, whilst we are facing birth rates at sub-replacement levels, then our people are dying.

We grow older, fewer, weaker and more fundamentally closer to true death the longer we allow our birthrates to remain so catastrophically low.

This isn't an issue that is being faced solely by our own people, but many peoples across the world. Nations across Asia, Europe and the Americas are facing this disaster together. Some are at different stages than others but all are feeling the pressure.

The true question is, how did this happen? And what can we do to stop it? The only people that seemingly do not face such issues are those with strong traditions, gender norms, societal norms;the poor and the religious, usually a combination of all. This should give us an indication of what may be truly at the heart of the issue.

What can we do to fix it? The issue is complicated, far more complicated and difficult to fix than the issue of Ethnic replacement. Likely a new society will need to be created with a much greater focus on family values, gender and social norms and the value and importance of nature, culture and race.

WITHOUT CHILDREN, THERE IS NO FUTURE

# **There is no democratic Solution**

Understand here and now, there is no democratic solution, any attempt to vote your way out of Ethnic replacement will be met with at first with derision, then contempt and finally by force.

This solution of a Democratic salvation is nothing but a pipe dream, and as our enemies increase within our lands, driven by mass immigration and the invaders own higher birth rate it will be pushed further and further into the realms of impossibility.

The media of the world will be used against you, the education system of the rulers will be used against you, the financial power of the worlds corporations will be used against you, the military and legislative might of the UN, the EU and NATO itself will be used against you and even your own, previously corrupted, religious leaders will be used against you.

Democracy is mob rule and the mob itself is ruled by our own enemies. The global and corporate ran press controls them, the education system(long since fallen to the long march through the institutions committed by the marxists)controls them, the state(long since heavily lost to its corporate backers)controls them and the anti-white media machine controls them.

Do not suffer under the delusion of a Democratic victory, prepare for war, prepare for violence and prepare for risk, loss and struggle, as it is the only path to Victory.

VOTING IS MOB RULE AND MOB RULE IS MEDIA RULE AND MEDIA RULE IS CORPORATE RULE

# NGOs are directly involved in the genocide of the European people

Beholden to no one and hiding their true intent behold a faux-religious facade, these NGO groups ferry the invaders to European shores aboard their own vessels, directly shipping this vast army straight into European nations to plunder, rape and ethnically displace the native European people.

Meanwhile they badger, trick and guilt-shame the European people into forfeiting their own hard earned income and giving it directly to their peoples cultural and ethnic competitors, many of which have the only intent of conquering and destroying the European peoples.

This stripping of wealth and prosperity in order to feed and develop our cultural competitors is an act of civilization terrorism resulting in the reduction in development and living conditions of our own people for the benefit of those that hate us.

More often than not these NGOs hide their true intentions behind a facade of religiosity and only once you investigate into the leadership and governance of the NGO itself do you find the people running the show are in fact far from religious themselves and more often than not are actually atheistic cultural marxists using naive Christian Europeans to both labour and fund fund their own attempt at class and racial warfare.

These NGO's are the modern money changers inside the church, and must be driven out, by voice or by whip.
It may upset many, but the truth of the matter is these people are directly responsible for the current invasion and sacking of Europe and their treachery has damaged European prospects greatly.

Crush these traitor NGOs, kill their leadership, burn down their buildings, bomb their ships, tear down their posters and destroy their membership. Drive them from your lands and give the traitors what traitors deserve: a traitors death.

NGOs ARE TRAITOR ORGANIZATIONS

# If you lose history will write you as monsters, regardless of your tactics. Win first, write the narrative later.

Victors write the history and the writers of history control the cultural climate of the present time.

If you lose, no matter how you acted in your loss; whether that is heroically, cowardly, violently, peacefully, virtuously or criminally, if your enemies are writing the history they will describe you as a devil.

Do not fret on the manner of how victory is achieved, all methods are possible, in the face of ethnic genocide, all morality is ambiguous.

Win first, write the story later. An act, which morals you doubt in the present, will be writ by your people in wonder and admiration in the books of history.

YOU WILL BE REVERED, BUT ONLY IF YOU WIN.

# When anyone can be a German, a Brit, a Frenchmen, then being European has truly lost all meaning

Make no mistake, the erosion of local and national identity has no come about by accident, it is a concerted and targeted effort against the European people.

The idea that a Frenchmen need not speak the language, share the culture, believe in the same god or even more importantly be ethnically French is ludicrous in the extreme. This is an attack on the very french people themselves and is a strategy designed to destroy national, cultural, linguistic and ethnic unity.

This is a tactic practiced not only on the French people, but on all the peoples of Europe, effectively destroying the nations identity at its core and smashing apart all bonds which a successful, unified nation is built upon.

A Moroccan may never be an Estonian much the same as an Estonian may never be a Moroccan. There are cultural, ethnic and RACIAL differences that makes interchanging one ethnic group with another an impossibility.

The idea that all it takes for a Han chinese man to become German is to be born on German soil is as insane as a German born on Mars becoming a Martian.

Europe is only Europe because of its combined genetic, cultural and linguistic heritage. When non-Europeans are considered Europe, than there is no Europe at all.

EUROPES VALUE IS IN THE EUROPEAN PEOPLE

# The time after the baby boomers have passed isn't the time to START acting, but the time we should be FINISHING our victory.

It is understood by many that the only real reason that many statistics of our ethnic replacement haven't yet matched with our reality is that are numbers are currently buoyed by the baby boomer generation.

As these baby boomers pass on and leave us behind, there will be a rapid and obvious change in the demographic make up of our nations, both statistically and socially. This rapid change in demography will bring about a time of crisis, as the reality of our possible ethnic replacement becomes obvious to all, even the naysayers. This time cannot be relied on for a beginning of the rebellion, only utilized as a final stage of energy and escalation to finalize our capture of power.

If we wait until the majority of the boomers begin to pass(between 2028-2038 depending on individual nations and life expectancies)than it will be too little, too late. As by this time the invaders and occupiers of lands, non-Europeans, numbers will swollen to a staggering size, due to both mass immigration and the differing birthrates between the native European people and these invaders.

Also, relying on this time period for our victory holds a second major disadvantage, that being vulnerability to foreign invasion,most likely from the east, specifically China;Turkey;India or some combination of the three. This time of possible instability will also be a at a time where our potential nation enemies in the East will be reaching their own zeniths of power. We must not be in a chaotic, life or death civil war at a time when our rival nations are at their peak of dominance. The risk is too great.

We attack as soon as possible, we attack with force and we achieve stability and play defense as the boomers pass, not during their passing, not after.

VICTORY CANNOT WAIT, YOUR PEOPLE NEED YOU NOW!

# From where great leaders arise

The men and women needed by a society in crisis are created by a greater societal group thought, they arise from their environment,from their folk, seeming springing forth from the people as if they were waiting for the moment. They are not so much born as made to be what is needed of them by the greater group thought occurring around them.

These leaders will be paragon examples of your people, virtuous, incorruptible, speaking truth to power and a truth that resonates with your very soul.

WHEN YOU SEE THEM; WHEN YOU HEAR THEM; YOU WILL KNOW THEM, AS THEY ARE YOU, AND YOURS.

# Do nothing, Win nothing, Achieve nothing.

Inaction will lead to sure defeat. Sitting at home comfortable, relaxed, posting on the internet, watching football and waiting for victory to arrive at your feet, will win you nothing.

Without overwhelming effort and extreme risk, expect nothing.

You cannot expect others do take the risks for you, nor should you wish for others to labour for you, if you are unwilling.

The only option for a true man or woman of Europe is to labour, labour with all effort towards victory. Nothing else will do. All else is insufficient. All else is intolerable. All else is dishonorable.

Perhaps you could tap out,lay down, lick the boots of your occupiers and pray they will let you be comfortable, if only for a little while.

But you won't. You can't. Not if you know what I know and want for what we want.

You will risk, struggle, strive, drive, stumble, fall, crawl, charge and perspire, all in the name of victory. Because you cannot accept anything less.

WITH RISK COMES POSSIBILITIES, WITH POSSIBILITES COMES CHANCE FOR VICTORY

# Destabilization and Accelerationism: tactics for victory

True change and the change we need to enact only arises in the great crucible of crisis. A gradual change is never going to achieve victory.

Stability and comfort are the enemies of revolutionary change.

Therefore we must destabilize and discomfort society where ever possible.
A political candidate that keeps the status quo or only seeks to introduce minimal change, even when the minimal change is in support of our cause, is ultimately useless or even damaging. Revolutionary change is needed and above all necessary.

It is far better to encourage radical,violent change regardless of its origins. As only in times of radical change and social discomfort can great and terrific change occur.

These tumultuous times can be brought about through action. For example, actions such as voting for political candidates that radically change or challenge entrenched systems, radicalizing public discourse by both supporting, attacking, vilifying,radicalizing and exaggerating all societal conflicts and attacking or even assassinating weak or less radical leaders/influencers on either side of social conflicts.

A vote for a radical candidate that opposes your values and incites agitation or anxiety in your own people works far more in your favour than a vote for a milquetoast political candidate that has no ability or wish to enact radical change.

Canvas public areas in support of radical positions, even if they are not your own.

Incite conflict.Place posters near public parks calling for sharia law, then in the next week place posters over such posters calling for the expulsion of all immigrants, repeat in every area of public life until the crisis arises.

Destabilize, then take control. If we want to radically and fundamentally change society, then we need to radicalize society as much as possible.

DO NOT FEAR CHANGE, WE ARE CHANGE

# <u>Globalized capitalist markets are the enemy of racial autonomists</u>

If an ethnocentric European future is to be achieved global free markets and the trade of goods is to be discouraged at all costs.

An environmentally conscious and moral society will never be able to economically compete with a society based on ever increasing industrialization, urbanization, industrial output and population increase. The cheaper labour and ignorance of environmental health will always result in cheaper goods produced with less effort and inevitably result in control of the market.

A Europe of nature, culture and sustainable living practicing will not be able to ever compete in the global market.

The global market thus therefore never be allowed to compete in the new European market.
Barring the importation of all goods produced outside the New European zone(the new Western world) is an essential pillar of the future Western economy.

Goods produced without care for the natural world ,dignity of workers, lasting culture or or white civilizations future should never be allowed into the new morally focused and ethically focused European market.

CHEAP LABOUR AND ALL CONSUMING INDUSTRY ARE NOT IDEALS, BLOCK FOREIGN GOODS FROM WHITE MARKETS

# **Break the back of cheap labour**

Make no mistake, the major impetus for the mass importation of non-Europeans into Europe is the call and want for cheap labour. Nothing drives the invasion more and nothing needs to be defeated more than the greed that demands cheap labour.

Break it's back, anyway you can.
Whether that is by encouraging and pushing increases to the minimum wage; furthering the unionization of workers; increasing the native birthrate and thereby reducing the need for the importation of labour; increasing the rights of workers; pushing for the increase in automation or advancement of industrial labour replacement or any other tactic that is available.

In the end human greed and the need for increasing profit margins of capital owners needs to be fought against and broken.

CHEAP LABOUR IS SLAVE LABOUR, REFUSE TO IMPORT
MODERN SLAVES

# A boil over in the melting pot

Civil war in the so called “Melting pot” that is the United States should be a major aim in overthrowing the global power structure and the Wests’ egalitarian, individualist, globalist dominant culture.

In the United States, perhaps more than anywhere else in the world, the cult of the individual has been practiced for the longest time and with the deepest devotion.

Luckily for us, the end results of this deracialized, irreligious and deculturized program show themselves.

The United States is in turmoil, more so that at any other time in history. States hate other states, the electoral college is under attack at every turn and the races are at each others throats. On top of this is a two party political system, split by racial, social, cultural, linguistic and class divides.

The end result is a nation in gridlock, unable to respond to any great change, unable to commit to any great projects. A political and social stalemate that makes any advancement impossible.

Meanwhile the 10000 ton boulder of demographic change rolls ever forward, gaining momentum and possibly destroying all in its path. Eventually, when the white population of the USA realizes the truth of the situation, war will erupt. Soon the replacement of the whites within Texas will hit its apogee and with the non-white political and social control of Texas;and with this control, the electoral college will be heavily stacked in favor of a democratic victory so that every electoral cycle will be a certainty.

After an election cycle or two with certain Democratic victory, those remaining, non democratic voting, non brainwashed whites will see the future clear before them, and with this knowledge realize the impossibility of a diplomatic or political victory.

Within a short time regular and widespread political, social and racial violence will commence. In this tempest of conflict is where will be strike, a strong, unified, ethnically and culturally focused pro-white, pro-european group will be everything the average white family need and long for. With these boosted numbers, and with our unified forces,

complete control of the United states will be possible. Above all be ready for violence, and when the times comes, strike hard and fast.

THE MYTH OF THE MELTING POT MUST END, AND WITH IT THE MYTH OF THE EGALITARIAN NATION

# No taxes to anti-white States

Until our nations are run by men and women loyal to our cause taxation should be considered theft, and refusal to pay taxes a sign of racial loyalty. Giving your own earned wealth, which you received through your own labour, to a person or group that despises you, places laws into effect that disenfranchises your people and seeks to ethnically replace you is utterly foolish. Do not pay to have your people destroyed, do not line the pockets of the traitors within our ranks, don't lend support to a corrupt and broken state.

Refuse to pay taxes. Refuse. When they demand you pay, refuse. When they ask why, you tell them why. They will threaten you with jail, they may even threaten you with direct force. They may even go through with your imprisonment or physically harm you. But eventually, when enough people fight back and refuse to pay taxes, refuse to fund the traitors in power, the state itself will wilt, then collapse.

So take the prison time, take the beating or even fight back. But do not pay taxes to anti-whites.

TAXATION IS THEFT IN A TRAITOROUS SYSTEM

# __Section IV__
## __In conclusion__

Out of the night that covers me,

      Black as the pit from pole to pole,

I thank whatever gods may be

      For my unconquerable soul.


In the fell clutch of circumstance

      I have not winced nor cried aloud.

Under the bludgeonings of chance

      My head is bloody, but unbowed.


Beyond this place of wrath and tears

      Looms but the Horror of the shade,

And yet the menace of the years

      Finds and shall find me unafraid.


It matters not how strait the gate,

      How charged with punishments the scroll,

I am the master of my fate,

      I am the captain of my soul.


           -Invictis by William Ernest Henley

There is only one victory, but many defeats.
To lose our lands, our culture and our people is a defeat.
To continue on without our culture, but still own our lands, is a defeat.
To survive with our culture, but to lose our lands, to lose our future, is a defeat.

There is only one victory.
The survival of our people, our culture and our lands isn't enough. We must thrive, we must march ever forward to our place among the stars and we WILL reach the destiny our people deserve.

Anything else is a defeat.

The war will not be easy, the death toll will assuredly be high. The going will be tough and many of us will die.

I cannot guarantee it will be comfortable, I cannot guarantee it will be easy and I cannot guarantee that every act will be a success.

All I can guarantee is that inaction is sure defeat, power structures will be tested and likely will fall and most of all there is only the future ahead and attempting to march back to any earlier time will get you no where at all.

You may stumble. You may fall. But the only way to get to the final destination, total victory, is to get up and keep marching forward. No matter what. March.

Mistakes will be made, losses will be had, some failures are certain and some endeavours will go bad.


But in the end the struggle is a beauty in itself, and the victory will be all the sweeter because of it.Final victory is yours, if you have the will for it.


As for me, my time has come. I cannot guarantee my success. All I know is the certainty of my will and the necessity of my cause. Live or die, know I did it all for you; my friends, my family, my people, my culture, my RACE.
Goodbye, god bless you all and I will see you in Valhalla.

# EUROPA RISES

