

**DEPARTMENT OF THE AIR FORCE**
377th WEAPONS SYSTEM SECURITY SQUADRON (AFGSC)

6 Apr 18

MEMORANDUM FOR A1C CHARLES B. JUSTICE

FROM: 377 WSSS/S3OC

SUBJECT: Letter of Counseling

1. On 6 April 2018, you failed to wear your beret from your vehicle to the armory when reporting for duty; instead, you were wearing your helmet. When I approached you and asked where your beret was, you informed me it was in your bag. This is not the first instance in which you failed to wear the proper cover when it was readily available; and it is not the first time you have been instructed that it is required. This incident has resulted in a loss of trust and credibility in you as a Security Forces Member. You have displayed the inabilities to follow simple instructions set forth by your leadership and the Air Force.

2. **YOU ARE HEREBY REPRIMANDED!** Your actions are in direct violation of: AFI 36-2903 par. 9.6.6.; specifically, "SF beret should be worn while in garrison with all authorized uniforms." As a Security Control Supervisor, you are looked up to by those around you. Violations of simple instructions such as this undermine your credibility in your duty position as well as the rank you hold. You are going to have to strive diligently if you ever hope to reestablish your dependability. Any further instances of this nature will result in more severe actions being taken.

3. **PRIVACY ACT. AUTHORITY:** 10 U.S.C. 8013. **PURPOSE:** To obtain any documents you desire to submit (on a voluntary basis) for consideration concerning this action. **ROUTINE USES:** Provides you an opportunity to submit comments or documents for consideration. If provided, the comments and documents you submit become a part of the action. **DISCLOSURE:** Your written acknowledgment of receipt and signature is mandatory. Any other comment or document you provide is voluntary.

4. You will acknowledge receipt of this letter and return your response to me within three (3) duty days. Any comments or documents you wish to be considered concerning this matter should be included with your response. You will be notified of my final decision within three (3) duty days of your response.

CALEB J. GREEN, SSgt, USAF
Assistant Flight Chief

1st IND, A1C CHARLES B. JUSTICE

1. I acknowledge receipt and understanding on _April 6th_ at _2232_ hours.

2. I understand that I have three (3) duty days from receipt of this letter to provide a response and that I must include in my response any comments or documents I wish to be considered concerning this letter.

3. I (do)(do not) intend to submit written comments or documents in response to this action.

CHARLES B. JUSTICE, A1C, USAF
Security Control Supervisor

2nd Ind, S3OC                                Date: _11 APR 18_

Member (did) (did not) provide written matters in response to this letter. After consideration of all matters I have decided to:

____ Withdraw the Letter of Counseling/Admonishment/Reprimand.

__x__ Maintain the Letter of Counseling/Admonishment/Reprimand in the member's appropriate file(s).

CALEB J. GREEN, SSgt, USAF
Assistant Flight Chief

3rd Ind, A1C CHARLES B. JUSTICE

Receipt acknowledged on _11 April 2018_ at _2300_ hours.

CHARLES B. JUSTICE, A1C, USAF
Security Control Supervisor



**DEPARTMENT OF THE AIR FORCE**
377TH WEAPONS SYSTEM SECURITY SQUADRON

<span style="text-decoration: line-through">21 July 2017</span>
11 April 2018 cbj

MEMORANDUM FOR SSGT GREEN, 377 WSSS/S3OC

FROM: AIRMAN FIRST CLASS CHARLES B. JUSTICE

SUBJECT: Letter of Counseling Rebuttal

    SSgt Green, this memorandum is to address the Letter of Counseling you issued me on 07 April 2018 involving myself wearing my helmet from my vehicle into squad ops. Likewise, you have instructed me to formulate a rebuttal to this Letter of Counseling. My personal hope is that by reading this you will have a better understanding of my reasoning for wearing my helmet and as well as a better of understanding of how much I genuinely care for this flight. I am well aware that paperwork like this is often used as leverage that assists the removal of a problem airman; however I assure you, and will hopefully convince you, that I am not a problem to be removed.

    This LOC, I personally feel, is a culmination of what boils down to shady tactics and backroom playmaking to paint me as a black sheep and to slowly build a trail of paperwork to correct a perceived problem with me. This paperwork however is a testament to a lack of communication and a false reality built on incorrect perceptions. Giving truth to the age old saying: "What one believes, one sees".

    There is nothing fundamentally wrong with the continued use of my issued, well maintained, Individual Protective Equipment during the duty day and in my duty environment. It's important to note there is no official guidance against the helmet and there are a few loosely worded references regarding the appropriate times to wear the beret. You referenced this directive regarding the proper times to wear a beret when administering my initial LOC but you managed to leave out the rest of the AFI 36-2903 para 9.6.6, which declares: "Wear [the] ABU cap when a subdued appearance is required [camouflage], or while in the field."

    On the flip side of the same coin AFI 36-2903 w/ AFGS sup para 9.13.1.9 "The beret or patrol cap will be worn when posted in the missile complex and in garrison to include in garrison posts. Commanders may authorize the wear of the OCP patrol cap at any other time. OCP helmet cover is authorized to wear with the helmet in the OCP uniform." Although mentioning the OCP patterned uniforms, it is not a strenuous assumption to believe that this regulation may also apply to units where the ABU patterned uniforms are still utilized.

    Lastly, AF-MAN 31-201-v3 states: "Continue to wear SF shield and beret together while attending professional military education and recruiting duties." By pointing out all of this, it's clear to see that the regulatory gray area leaves ample room for interpretation but as with all legal proceedings we should start with precedence. I have worn my helmet for months now. You have seen me in my helmet nearly every day for months now; before, during, and even now after the NSI. So have all levels of leadership without so much as a comment from anyone in my chain of command.

GoU Exhibit 2
Page 8 of 11

What changed on April 6th? Was it a sudden termination of your apathy or maybe something emotional and this LOC is the result of that? I feel it is both leaning towards the latter and will explain my position on the matter in unquestionable clarity; since my reasoning for wearing my helmet has never been asked; only speculated.

I do indeed wear my beret for any outside of squadron events or military appointments. Anytime I am in the eyes of the public I wear my beret. In fact I wear my beret anywhere I am in my uniform besides my jobsite - the desert. Previously, in a similar situation, I was asked to have a Security Forces badge sewn onto my sanitized top that I only use for training. I had a badge on my top the very next day; so the issue is not with a demeanor of willful disrespect. I believe that those above me, to include you, feel this is the case. Again those above me, to include you, have never stopped to ask if that's the case. So allow me to clear the waters.

I wear my helmet at work for three reasons. The first being that I carry a good amount of food with me in a larger than average lunch box along with a full gallon of water in a huge insulated bottle; the helmet would simply not fit in my duty bag with these items. While the second reason is so my beret remains in as much of a serviceable state as possible in this harsh environment leaving my helmet to get smelly, dirty and dusty. While the last, and most important, reason is that I remain well protected and concealed in the same environment which we religiously simulate overt attacks. We plan for, project forces, and practice exercises in which a team of fast moving all-terrain vehicles, an embedded sniper element, or even an indirect fire attack takes place at squad-ops/topside. We willfully comply with these exercises and exercise contingency operations but when an airmen wears his protective equipment outside of these more mature versions of 'Cowboys and Indians' he is seen as a problem to be handled and thusly singled out. Well I ask why so? If he performs his job to the standard required and wishes to remain even more protected than is expected utilizing his issued gear why should he be forbidden to do so?

Furthermore, I always wear my ballistic vest in conjunction with my helmet to express to not only you but to anyone who might happen to look on with a knee-jerk negative point of view and force them to take the extra few seconds to think and hopefully see that it is not a flagrant expression of disrespect, by ignoring a common practice of wearing a beret at KUMMSC, but a genuine wish to remain increasingly protected in a high value target environment. All members of this unit regularly receive briefings from OSI, Unit leadership and, now recently, even Air Base Wing leadership discussing how the CONUS mentality regarding OPSEC and physical security measures at the gates and at dedicated storage facilities must start adapting and becoming ever more alert and ready. These points that I have laid out for you have never been discussed with me, by yourself, or any of the leadership that came before you or since. They, much like you I feel, judged and made their call from emotion and uninformed perception rather than discussion or concrete fact. I also feel that this is unacceptable and shows rather apparently the fault with the standing leadership of this flight.

I have seen the flight at its best! We were unquestionably premiere! I have seen this flight dominate anything that the Air Force could throw at it. Now this flight has airmen taking many months to receive and even longer to complete their CDCs, tolerating sup par competency airmen on the mission flight, supervisors who are apathetic and unknowledgeable, and the flight as a whole wouldn't know how to run a PNAF mission if the survival of this nation depended on it. It is incredibly disheartening and, even more so, heartbreaking to sit back and see how far we've fallen as a flight and as a unit. Not all fault resides on you sir, that is a fact, however from the leadership that currently resides above my disgraced Charlie flight you are the most veteran so now you have become the point of blame in my eyes. I am still upholding my end.

Never failing a QC. Never failing a PT test. Being the most certified member in the squadron for quite some time now. Holding 5 critical duty certifications. Teaching the new airmen at every turn. Being labelled an SME for KEC as well as RTES. In short I quickly became, and still remain, the fountain of knowledge for an entire flight. Now, regretfully, I can also say I have seen this flight at her worst. I'm not sure what you have done to accelerate this flight to make it better? It can't possibly be by administering paperwork for wearing a helmet.

Yes, you have asked me to wear the beret; no two ways about it. But you have also never asked why I choose not to wear my beret at work. Barring my direct supervisor, there is another question you nor any of your equivalent or higher ranking peers in my chain of command have asked: how's the divorce going? How are you doing? Do you need legal or physical assistance of any sort? I will tell you who has asked - former Charlie flight member SSgt Anderson at S3T. He STILL holds his obligation (and passion) to look out and care for his airmen at every turn. For example, he doesn't talk about their untrained airman's blotter abilities behind their back, secretly discussing how he might remove my incentive pay by limited posting and then allow that airmen to find out the negative chatter from other airmen on flight. Nope. He continuously with monotonous regularity holds his airmen from years ago above himself. He asks questions. He still leads. That quality of steady, attentive, leadership is something that has not existed on this flight for quite some time.

During your stint on this flight there have also been several times where dull sword situations were made regarding posting; some were even made with you as certified flight chief. All of these incidents were never corrected for; rather some were covered up on blotter back pages or others ignored entirely. Such incidents take place on December 16th 2017 regarding Scorpion-5 with Amn Gil being uncertified and A1C Thatcher; also an uncertified airmen from Delta Flight, being posted together. Then again on December 20th 2017 regarding Scorpion-2 with both SSgt Wcela and A1C Small being uncertified and posted together. Then again on January 27th 2018 regarding Scorpion-5 with A1C Swank and A1C Small posted together; both uncertified. During this last situation, Lieutenant Rohrig completed post checks downstairs the same day and while in the SSCC we all asked about the posting she verbally waved it off and replied "...oh boy, don't even ask hahaha." These discrepancies make wearing an authorized helmet a drop in the pot-calling-the-kettle-black bucket

Looking a little more recently, on March 9th 2018, during your time as a flight chief, SrA Bertram, posted as Scorpion-1, instructed all heavies posted topside to proceed to the armory to break seals and layout all associated ammo before being relieved by the on-coming Echo flight; who was finishing their arming up and starting guardmount. This directly violates the basic weapon safety rules we, occasionally, go over in guardmount of not breaking down ammo while on post and would have surely resulted in an inability to meet response times had a covered wagon type incident occurred at changeover - as it has before during my time here. The subsequent inability to meet response times would have then required the up channeling of very serious flagwords and caused even more negative repercussions for my beloved flight and the unit as a whole. None of this was brought up before the flight, discussed, or corrected then nor since.

In late March of 2018, Post checks of the Cerberus units downstairs were conducted by TSgt Pfeiffer and yourself. During these checks TSgt Pfeiffer is quoted as saying, "...the last real movie I saw in theaters was Titanic and that's only because this girl I took gave really great blowjobs, like really great blowjobs..." I too am guilty of being vulgar as much as any military member. However, he spoke like that in front of a woman, and I would also like to think that a Technical Sergeant, a certified and posted flight chief, would refrain from talking that way around or to any audience while on duty. No correction or apologies from either flight chief were uttered to those around then nor since.

Lastly, on April 2nd 2018, the day after 'being tardy to a duty day' was the biggest topic of guardmount, TSgt Cronin was late to work by 26 minutes, showing up at 1341. Just shy of a month earlier an airmen received paperwork for being late in a similar manner but I am positive that TSgt Cronin did not receive the same fate and ergo was not instructed to report to work 15 minutes earlier than usual the following duty day as declared during the stern briefing that took place while in guardmount April 1st 2018.

I bring these events up because in all these situations something actually, verifiably, wrong took place; but nothing was even said to the offending party let alone was a Letter of Counseling administered. There is simply no room for perceived attitude or uninformed speculation. I understand that by wearing my helmet across the parking lot to come start my work day may rub some people the wrong way but that is surely not the intention. I'm saving room in my bag, keeping my beret clean and ready for any spontaneous VIP visits or inspections and I am exceeding a minimum in personal protection. Nothing wrong here but your perception. If this LOC is required to hammer the message home that all those who don't perfectly blend in to the rest of the herd are not necessarily disrespectful and a problem then so be it. I will gladly accept this LOC for what it is and carry on. I only hope that by reading this that you, Charlie flight leadership, and ultimately my unit will learn to think before judging, ask before making a speculation and ultimately restructure the way we lead ourselves into the future. We once were the best. We can get there again - I am sure of it!

CHARLES B. JUSTICE A1C, USAF
377th WSSS/S3OC