# Photo Array – Search of Residence/Vehicles

by SORENSON, NATHANIEL M SA USAF OSI OSI/Det 814



Exterior, Front



Address Placard



Exterior



Living Room



Downstairs Restroom



Dining Area



Dining Area



Kitchen



Laundry Room



Laundry Room



Pantry



Pantry



Pantry



Coat Closet





Stairwell

3rd Bedroom



3rd Bedrom



2nd Bedroom



2nd Bedroom



2nd Bedroom



Upstairs Restroom



Linen Closet



Master Bedroom



Master Bedroom



Master Bedroom



Master Bedroom/Bathroom



Master Bathroom



Master Closet



Garage/Car port



Garage/Car port



Garage/Car port



Garage/Car Port



VIN



Tracking Slip



Tracking Slip



Firearm (Master Bedroom)



Firearm (Master Bedroom)



Firearm Components (Master Bedroom)



Firearm (Master Bedroom)



Cellular Phone



Firearm S/N



Firearm S/N



Data Storage Device



Data Storage Device



Entertainment Center

Handgun (Living Room)



Handgun (Living Room)



Data Storage Device



Entertainment Center

Firearm Componant



Handgun (Living Room)



Handgun (Living Room)



Handgun (Living Room)



Firearm Silencer/Suppressor (Garage)



Living Room



Living Room



Laptop Computer



Laptop Computer



Data Storage Devices



Living Room



Dining Area



Tablet



Tablet (Master Bedroom)



Firearm Magazine (Master Bedroom)



Medication



Substance



Camera (Living Room)



Memory Card



Gun Safe



Gun Safe



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Suspected Firearm Silencer



Firearm/ Suspected Firearm Silencer



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Firearm



Gun Safe



Firearm



Firearm



Firearm



Firearm



Firearm



Cellular Phone



Cellular Phone



Garage/Car Port



Laptop Computer



Garage/Car Port



Ammunition



Entertainment Center



Camera



Memory Card



Vehicle



Vehicle



Vehicle



Vehicle



Vehicle ID



Vehicle Interior



Vehicle Interior



Vehicle Interior



Pantry



Pantry



Pantry



Pantry



Pantry



Pantry



Pantry



Entertainment Center



Ammunition



Master Bedroom/Bathroom



Master Bathroom



Master Closet



Master Closet



Master Bedroom



Master Bedroom



Linen Closet



**ROOM**

**M**

TYPE OF ROOM: Linen Closet

LOCATION:

START TIME: 11:05     END TIME: 13:10

SEARCHED BY: S. C. LEE / T. GREGORY

SEARCHED BY:

Linen Closet

Upstairs Bathroom



Bath 2



2nd Bedroom





2nd Bedroom

3rd Bedroom



ROOM

J-2E

TYPE OF ROOM: Bedroom 3
LOCATION: _____
START TIME: _____
END TIME: _____
SEARCHED BY: _____
SEARCHED BY: _____

3rd Bedroom



Stairwell

ROOM
I

TYPE OF ROOM: Stairwell
LOCATION:
START TIME: 13:11    END TIME: 13:15
SEARCHED BY:
SEARCHED BY:

Stairwell



Coat Closet



Coat Closet ID



Living Room



ROOM
A-14

TYPE OF ROOM: Living room (IE: BEDROOM/ KITCHEN/ BATHROOM)
LOCATION: _____ (IE: UPSTAIRS/MAIN FLOOR/BASEMENT)
START TIME: _____ END TIME: _____
SEARCHED BY: _____
SEARCHED BY: _____

Living Room

Downstairs Bathroom



Downstairs Bathroom ID



Dining Room



Dining Room ID



Kitchen



Kitchen ID



Pantry



Pantry ID



Case



Case



Laundry Room

**ROOM**

**D-1D**

TYPE OF ROOM: _Laundry Room_

LOCATION: _____

START TIME: _____ END TIME: _____

SEARCHED BY: _____

SEARCHED BY: _____

Laundry Room ID



Garage/Car Port



Garage ID



Vehicle



**ROOM**

**V-1A**

TYPE OF ROOM: _Vehicle_

LOCATION: _____

START TIME: _____  END TIME: _____

SEARCHED BY: _____

SEARCHED BY: _____

Vehicle ID

Entryway



Exterior



Firearm/Silencer



Ammunition



Firearm



Firearm



Firearm