# STATE OF NEW MEXICO
# UNIFORM INCIDENT REPORT

| OCCURRENCE DATE(S) | | DATE REPORTED | | | ORI NO. NM 0010100 | CASE NO. 200023427 | | PAGE 1 | OF 1 |
|---|---|---|---|---|---|---|---|---|---|
| ON MM/DD/YYYY 03-13-2012 | OR BETWEEN MM/DD/YYYY 03-13-2020 | MM/DD/YYYY 03-14-2020 | AGENCY/COUNTY ALBUQUERQUE POLICE DEPARTMENT | | DISTRICT NO. 321AV | INCIDENT NO. 200300635 | CARGO THEFT | BURGLARY FORCE/NOT | NO. OF UNITS ENT |
| TIME 1850 | DAY OF WEEK TUE | TIME 1855 | DAY OF WEEK FRI | TIME 0700 DAY OF WEEK SAT | ADDRESS/LOCATION OF INCIDENT 2502 Clark Carr Lp. | CITY ALBUQUERQUE | ZIP 87106 | GANG REL YES/NO ☒ | HATE/BIAS MOT CODE 88 |

## OFFENSE

| ADD ON SUPP | OFFENSE / INCIDENT | STATUTE OR ORDINANCE | FEL/MISD | ATTEMPTED | COMPLETED | UCR OFFENSE CODE | CRIMINAL ACTIVITY CODE | LOCAT CODE | WEAPON CODE UP TO 3 PER OFFENSE | OFFENDER(S) SUSPECTED OF USING ALCOHOL DRUG COMP UNK |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Incident | INCIDENT | | | | | | 01 | | ☒ |
| 2. | | | | | | | | | | |
| 3. | | | | | | | | | | |

PERSON CODES: VIC-VICTIM CIT-CITED SUS-SUSPECT ARR-ARRESTEE GUA-GUARDIAN WIT-WITNESS INT-INTERVIEW OTH-OTHER REP-REPORTING PARTY DEC-DECEASED MSP-MISSING PERSON
TYPE CODES: F-FINANCIAL INST R-RELIGIOUS I-INDIVIDUAL L-LAW OFFICER O-OTHER S-SOCIETY B-BUSINESS G-GOVERNMENT U-UNKNOWN
INJURY CODES: A-SEVERE BODY TRAUMA-BRUISING B-BURNS C-COMPLAINT OF PAIN D-DEATH G-GUNSHOT WOUND H-BROKEN BONES K-KNIFE WOUNDS/LACERATION N-NO VISIBLE INJURY S-STRANGULATION/CHOKING

## SUBJECTS (VICTIMS / SUSPECTS / PERSONS / BUSINESSES)

**Person 1:**
| PERSON CODE | CODE TYPE | INJURY CODE | 1-NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | AGE (RANGE) | SEX | RACE |
|---|---|---|---|---|---|---|---|---|
| REP | I | | [REDACTED] | [REDACTED] | [REDACTED] | | F | [REDACTED] |

| STREET ADDRESS | APT NO. | RES. PHONE | HEIGHT | WEIGHT | HAIR | EYES | ETHNICITY | AGG ASSAULT JUST HOM CODE |
|---|---|---|---|---|---|---|---|---|
| [REDACTED] | | | | | [REDACTED] | | [REDACTED] | |

| CITY | STATE | ZIP | BUS. PHONE |
|---|---|---|---|
| ALBUQUERQUE | NM | [REDACTED] | [REDACTED] |

EMAIL: 
EMPLOYER/SCHOOL AND ADDRESS: Cutter Aviation   2502 Clark Carr Lp, Albuq NM  87106
RES. STATUS: R

**Person 2:**
| PERSON CODE | CODE TYPE | INJURY CODE | 2-NAME (LAST, FIRST, MIDDLE) | SOCIAL SECURITY NO. | DOB | AGE (RANGE) | SEX | RACE |
|---|---|---|---|---|---|---|---|---|
| OTH | I | | Justice  Charles  B | | 02-05-1993 | 27 | M | W |

| STREET ADDRESS | APT. NO. | RES. PHONE | HEIGHT | WEIGHT | HAIR | EYES | ETHNICITY |
|---|---|---|---|---|---|---|---|
| Kirtland AFB | | | 5' 11" | 151 | BLN | BLU | N |

| CITY | STATE | ZIP |
|---|---|---|
| ALBUQUERQUE | NM | 87116 |

EMPLOYER/SCHOOL AND ADDRESS: U.S Air Force   Kirtland AFB Albuq, NM  87116
RES. STATUS: R

**Person 3:** (blank)

## VEHICLE

VEH STATUS CODE: ACC-TRAFFIC ACCIDENT  EVD-EVIDENCE  OUT-OUTSIDE RECOVERY, OTHER AGENCY SAR-STOLEN AND RECOVERED  BRN-BURNED/ARSON  FCN-FIELD CONTACT RCV-RECOVERED  SEZ-SEIZED  TOW-TOWED  DMG-DAMAGED/VANDALIZED IMP-IMPOUNDED  REL-RELEASED TO OWNER STN-STOLEN  VEH-VICTIM'S VEH  EMB-EMBEZZLED  LST-LOST  RPO-REPOSSESSION  SUS-SUSPECT WNT-WANT/WARRANT ON OWNER
VEH TYPE CODE: 1-AUTO  2-TRUCK/VAN  3-MOTORCYCLE  4-CAMPER/RV  5-BUS  6-OTHER  7-ATV  8-SNOWMOBILES  U-UNKNOWN

(Vehicle section blank)

| PROPERTY STATUS | OTH-OTHER<br>STN-STOLEN<br>STR - STOLEN & RECOVERED | RPO-REPOSSESSION<br>RFJ-RECOVERED OUTSIDE AGENCY STOLEN PROPERTY<br>EVI-EVIDENCE LST-LOST | FND - FOUND FCN-FIELD CONTACT<br>REC-RECOVERED<br>DMG-DAMAGED | ARS-ARSONED/BURNED<br>SZD-SEIZED<br>SUS-SUSPECT | SFK-SAFEKEEPING<br>OBS-OBSERVED<br>IMP-IMPOUNDED |
|---|---|---|---|---|---|
| DRUG TYPE | A-CRACK<br>B-COCAINE<br>C-HASHISH | D-HEROIN<br>E-MARIJUANA<br>F-MORPHINE | O-OPIUM<br>H-OTHER NARCOTICS<br>I-LSD | J-PCP<br>K-OTHER HALLUCINOGENS<br>L-AMPH/METHAM | M-OTHER<br>N-BARBITURATES<br>O-OTHER DEPRESSANTS | P-OTHER DRUGS<br>U-UNKNOWN<br>X-OVER 3 TYPES |
| FIELD UNIT OF MEASURE | DU-DOSAGE UNITS/ITEMS<br>FO-FLUID OUNCE | GL-GALLON<br>GM-GRAM | KG-KILOGRAM<br>LB-POUND | LT-LITER<br>ML-MILLILITER | NU-NUMBER OF PLANTS<br>OZ-OUNCE | XX-NOT REPORTED |

| 1-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
|---|---|---|---|---|---|---|
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 2-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 3-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 4-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |

M. O. EVENT CODES: (AGENCY OPTIONAL USE)  TOTAL VALUE STOLEN $  TOTAL VALUE REC. $

## SYNOPSIS

Male subject dressed in full military uniform, believed to be Subject Charles Brent Justice, entered Cutter Aviation and advised the receptionist, that he was there "under military orders" to pick up Corona Virus patients.

## NARRATIVE

On March 14 2020 at 0700 hours I was assigned to conduct a follow up investigation into an incident which occurred the previous evening, at approximately 1850 hours, at Cutter Aviation, located at 2502 Clark Carr LP. SE. Upon arrival I contacted ▮▮▮▮▮. She advised that at approximately 1850 hours she was at the reception desk when she observed a male subject wearing a full military uniform walk into the business. She advised that he appeared nervous and anxious as he stood back away from the reception desk. She asked him if she could be of any assistance to him, and his response to her was that he was there to pick up Corona Virus patients. She advised him that they did not have any patients, and she had not been advised of any transfer of patients, She said he persisted, stating he was under "military orders" to pick up these Corona Virus patients. She advised that she did not see nor did he offer any documentation as to his claims. She advised him that she would check with her manager and turned away for a moment. and the subject quickly walked out of the building without stating anything further. ▮▮▮▮ advised that she found the entire incident suspicious and peculiar, first of all because they would not have had a patient transfer of that type without prior planning and coordination. And secondly, due the subject's demeanor and not having additional personnel with him to carry out such an operation. I then asked ▮▮▮▮ if she noticed the individual in question to be armed, she stated she did not see any weapons. I asked her if the individual became aggressive or threatening, she stated he did not. Finally I provided a known photograph of Subject Charles Brent Justice for her to view, and she positively identified it as being the person whom she spoke about in our conversation Sergeant Barnard, from Criminal intelligence Unit was contacted, and a copy of this report will be forwarded to him.

## CERT. / STATUS

"I WILL PROSECUTE/TESTIFY SHOULD THE OFFENDER BE ARRESTED." YES / NO
"I UNDERSTAND IT IS A CRIMINAL OFFENSE TO FILE A FALSE REPORT TO POLICE."
COMPLAINANT / VICTIM CERTIFICATION SIGNATURE: X
DATE:

| REPORTING OFFICER (PRINT) | RANK | I.D. NO | DATE | DETECTIVE FOLLOW-UP OFFICER / REFERRED TO | I.D. NO | DATE |
|---|---|---|---|---|---|---|
| ROMERO, ARNOLD | P1C | A360 | 03-14-2020 | | | |
| ASSISTING OFFICER (PRINT) | RANK | I.D. NO | DATE | PROCESSED BY | DATE | DATA ENTRY PERSON | DATE |
| APPROVING OFFICER (PRINT) | RANK | I.D. NO | DATE | INCIDENT STATUS: ACTIVE / INACTIVE / CLOSED | EXCEPT CODE | DATE |
| PAIGE, BRIAN | | P2492 | 03-15-2020 | [X] CLOSED | | |

DISTRIBUTION: [ ] 6  [ ] NE  [ ] SW  [ ] DAL  [ ] OTHER  [ ] IA  [ ] SE  [ ] VA  [ ] FTHL  [ ] CACU  [ ] NW

CASES CLEARED BY THIS ARREST CASE NO.  CASE NO.  REV. 1/18