# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

## Arraignment

| | | | |
|---|---|---|---|
| Case Number: | CR 20-1210 JP | UNITED STATES vs. JUSTICE | |
| Hearing Date: | 5/21/2020 | Time In and Out: | 9:53-9:58 |
| Courtroom Deputy: | N. Maestas | Digital Recording: | ABQ Zoom |
| Defendant: | Charles Brent Justice | Defendant's Counsel: | Joe M. Romero Jr. |
| AUSA: | Elisa Dimas | Pretrial/Probation: | |
| Interpreter: | N/A | | |

### Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Wednesday, June 10, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Parker
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

### Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver