UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable James A. Parker

Case No. CR 20-1210 JAP                          Date:  6/2/20

Title:  USA v. Justice

Courtroom Clerk:  J. Gonzales                    Court Reporter:  Mary Loughran (via Zoom)

Court in Session:  1:04 p.m.                     Court in Recess:  3:43 p.m.

Interpreter:

Type of Hearing:  MOTION APPEALING MAGISTRATE'S DETENTION ORDER [19] - DENIED

Total Court Time:  2hr 39 minutes

Attorney's Present for Plaintiff(s)              Attorney's Present for Defendant(s):

Joe Romero                                       Jon Stanford, Nicholas Mote


Proceedings:

1:04 p.m.  Court in session.  Counsel enter appearances.  Captain Robert Saulter (Area Defense Counsel) seated at defense table.

Mr. Romero:  Calls Charles Justice/**SWORN**- conducts direct-examination of Mr. Justice.

Mr. Mote:  Conducts cross-examination of Mr. Justice.

Mr. Romero:  Conducts re-direct examination of Mr. Justice.

Court:  Quires Mr. Justice.

Mr. Justice:  Responds.

Mr. Romero:  Addresses Court re: possible release.

Mr. Mote:  Conducts re-cross-examination of Mr. Justice.

Mr. Romero:  Calls UASF Captain Robert Saulter - Area Defense counsel/**SWORN** – conducts direct examination of Mr. Saulter.

Court:  Queries Mr. Saulter.

Mr. Saulter:  Responds.

Mr. Mote:  Conducts cross-examination of Mr. Saulter.

Mr. Romero:  Conducts re-direct examination of Mr. Saulter.

Mr. Stanford:  Calls Nathaniel Sorenson - special agent with the Office of Special Investigation /**SWORN** – conducts direct examination of Mr. Sorenson.

Mr. Romero:  Conducts cross-examination of Mr. Sorenson.

Court:  Queries Mr. Stanford re: danger to community.

Mr. Stanford:  Responds.

USPO Day:  Addresses Court.

Court:  Queries Mr. Saulter re: possible release.

Mr. Saulter:  Responds.

Mr. Stanford:  Argues in opposition to release to La Posada.

Mr. Romero:  Addresses Court re: possible release and appearances for military hearings.

Mr. Stanford:  Argues in further opposition of release.

Mr. Saulter:  Addresses Court.

Mr. Mote:  Addresses Court.

Court:  Finds there are no conditions or combination of conditions that will assure the safety of the community – denies appeal of detention order – queries counsel about witnesses for trial and length of examinations.

Mr. Stanford:  Responds.

Mr. Romero:  Responds.

Court:  Sets trial for 8/31/20 at 9AM – PTC 7/20/20 at 1:30PM.

3:43 p.m. Court in recess.