760-B Sliverberry Circle SE, Kirtland, NM 87116

Rifles:

1. AREO Industries, Model X-15
   S/N: X167445
   Romero 4T Scope, Streamlight ProTec; One magazine
2. AREO Industries, Model mX-15
   S/N: X240058
   Trijicon ACOG Sight, SureFire light
3. Hi-Point, Model 1095, 10 mm Auto
   S/N: M08843
   TruGlo Sight, three (3) magazines (with ammo)
4. Palmetto, PA-17, Model Grendel Hunter
   S/N: HP060245
   Butler Creek Scope, Bi-Pod, One 921) magazine (with ammo)
5. Palmetto, M4 A1 carbine, 5.56mm caliber
   S/N: W009511
   Sparc Scope, two lighting systems,
6. Savage, Model 93R17, .17 H.M.R. caliber
   S/N: 3063110
   Weaver Scope, One (1) magazine (with ammo)
7. Century Arms, Model Sporter .308 caliber
   S/N: C49256
   One (1) magazine (with ammo)
8. PW Arms, Model M9/30, 7.62 X 54R (Russian)
   S/N: RMN01195166
   Bolt #: TT9321
9. Marlin, Model 795, .22 caliber
   S/N: MM709481
   Pursuit Scope
10. Eagle Arms, 12 ga.
    S/N: MV0057782
    Scope and light system (with ammo on stock sleeve)
11. Eagle Arms, Eagle 15
    S/N: M22-12836
    Bi-Pod
12. Brownells, little Badger, .22 LR
    S/N: 18N02661
    Scope, Folding Stock and an attached suppressor (from vehicle and at OSI office)

Pistols:

1. Glock, Model 19, Gen 5
   S/N: BHHE161
   Two (2) magazines and holster
2. Smith & Wesson, M & P Shield
   S/N: HKH5738
   Two (2) magazines and holster
3. CZ, Model P09
   S/N: C146999
   Steamlight and one (1) magazine
4. Ruger, LC 9S
   S/N: 53-04973
   One (1) magazine
5. Heritage, Rough Rider, .22 LR caliber Revolver
   S/N: Y01864
   Two cylinders (In a wooden presentation box)

Suppressors:

1. Suppressors (3 ea. from residence)
2. Suppressor (1 ea. attached to the Brownells, Little Badger)

Electronics:

1. Dell Inspiron Laptop, 15-R
   Silver, with Power Cord
2. HP Laptop
   S/N: 5CG44724D8
   Silver with Clay colored back cover
3. Windows tablet
   With Keyboard, Black
4. Apple iPhones (2 ea.)
5. Samsung Cell Phone (1 ea.)
6. Western Digital (WD) External hard Drives (2 ea.)
7. Thumb Drives (12 ea.)
8. Samsung Micro SD Card EVD, 64GB
   Removed from GoPro Hero Pro 3 Plus
9. Lexar Micro SC Card, 16 GB