# Photo Album

## by SORENSON, NATHANIEL M SA USAF AFOSI AFOSI/Det 814















Cut the upright part to length and file or grind it to shape. File a slight bevel at the to rear of the upright.





**Lightning Link**

The parts for the Lightning Link can be made from tool steel, machined with great precision, hardened and tempered with loving care, the polished to a high gloss that your mother would be proud of. On the other hand, using only a couple of pieces of power hacksaw blade to make the parts from, a dremel tool, hand drill and one or two files to do the work, you can cut out the Lightning Link in about an hour.

The first description will make a link that you could most likely pass on to your great grandkids. The second may not last that long, but I know of one made from mild steel, that has never been hardened or tempered. It's been used to fire over 5,000 rounds, and still going strong. All that ever goes wrong with it is the part of the bolt carrier hits gets peened over after about five or six hundred rounds. When that happens, the woman that owns it drops it out of the gun, puts it on the rear bumper of her jeep and beats it back in shape with a rock. She's then back in business for a few hundred more rounds.

The only complaint I've ever heard about the Lightning Link is it converts the firearm to full auto only. I can't see that's a problem. No one says you have to hold the trigger down until the magazine's empty. I've found with a little practice it's easy to fire two shot bursts using the Link.

Also keep in mind; that it takes only about ten seconds to install the Lightning Link in a standard unaltered AR-15, and only about six seconds to remove it. Going from semi-auto to full and back to semi is only a matter of seconds.

---

How it works

In normal semi-auto operation the hammer is cocked by a rearward movement of the bolt carrier, as the carrier moves forward, the hammer is caught and held in the cocked position by the sear located on the forward part of the trigger catching in the sear notch, on the hammer. If you hold the trigger after a shot's fired the sear will not catch in the hammer's sear notch when the hammer cocks because the sear is depressed below the arc of the hammer notch.

What happens is because the trigger is being held back; the disconnector hook is tipped forward and in position to catch the hammer, stopping it from following the bolt carrier forward. When the trigger is released, it allows the hammer to slip from under the disconnector hook and be caught by the trigger sear in the hammer sear notch. Making it necessary to pull the trigger for each shot.

**SCHEMATICS FOR FINISHING.....**







Assembly

Refer to the first drawing. Install the parts in the lower receiver. See drawing [A]. Tip the weapon so the links upright rests against the rear of the receiver. Close the upper until the take-down pin post is far enough into the lower receiver, that when you tip the firearms muzzle down the links upright can rest against the post. Continue closing the weapon until it's completely closed. NOTE.... This first time you ma have trouble getting the link upright to slide in place between the rear of the takedown pin post and the bol carrier. All I can tell you is wiggle and jiggle things until it goes into place. It will fit in place much easier after its shaped by the bolt carrier.

After the takedown pin is in place, hold the trigger back and operate the bolt carrier about five times. The bolt carrier hitting it forms the bend in the top of the links upright at this time. See drawing [D]. Be sure to let the bolt slam with full force each time. Now's the time to find out if everything's working right. Cock th weapon, point it in a safe direction and pull the trigger. You should hear the hammer fall. Keep holding th trigger, cock the weapon, and release the trigger. Pull the trigger, nothing should happen, the Lightning Link will have released the hammer when the bolt carrier closed.

Test Fire

Load two rounds in the magazine. The first will fire when you pull the trigger, the second will fire automatically. Check the brass for any problems. If all's well, load five rounds and fire. If all goes well, load her up and let her rip.


































You'll need some sort of plastic or aluminium bottle (aluminium is a good for soaking up heat which contributes to reducing sound levels). Choose one with a wide mouthpiece as it should be wide enough to fit a ½ inch nut inside it.

I like plastic because it's cheaper and easier to work with plus the lighter it is, the less chance of it drooping on the end of the barrel and being off centre. The plastic thread on the lid is strong but the heavier the suppressor is, the more chance of it being unsecured.



Cut off the end of the bottle.



Take a stainless steel scourer and pull it apart to lengthen it out



Cut a length of fine stainless or aluminium wire mesh



Roll the mesh into a small enough tube to be able to fit inside the neck of the sports bottle.



Wrap some cardboard and/or tape around the end of the mesh tube so it will fit snugly in the mouthpiece end of the bottle.



Insert the tube.



Start packing the scourer material around the tube. The fine mesh will stop strands of the scourer poking through into the path of the bullet which could lead to it being snagged and damaging the suppressor internals.



The scourer material will disperse the hot gases eventually cooling them down. This will reduce the sound decibels from the shot as well as change the sound signature.



Either cut or drill a hold in the end of the bottle that you cut off earlier. The hole must be big enough to fit the tube of mesh through.



Fit the end cap back on with the tube of mesh just poking through so it can be supported.



Wrap some duct tape around it to secure it altogether plus a few layers around the front. The idea is to fire a bullet through the tape to make the exit hole. The first shot will always be quieter but you can always just put another bit of fresh tape over the hole.

The suppressor is only designed to be disposable so don't bother wasting too much time and effort on it as it's amazing how effective this simple design is.



**These two pictures show the silencer fitted to the barrel.
A bolt is used to depict a barrel!**

