# Photo Album

## by SORENSON, NATHANIEL M SA USAF AFOSI AFOSI/Det 814















SIDE VIEW

A

TOP VIEW

Cut the upright part to length and file or grind it to shape. File a slight bevel at the to rear of the upright.





**Lightning Link**

The parts for the Lightning Link can be made from tool steel, machined with great precision, hardened and tempered with loving care, the polished to a high gloss that your mother would be proud of. On the other hand, using only a couple of pieces of power hacksaw blade to make the parts from, a dremel tool, hand drill and one or two files to do the work, you can cut out the Lightning Link in about an hour.

The first description will make a link that you could most likely pass on to your great grandkids. The second may not last that long, but I know of one made from mild steel, that has never been hardened or tempered. It's been used to fire over 5,000 rounds, and still going strong. All that ever goes wrong with it is the part of the bolt carrier hits gets peened over after about five or six hundred rounds. When that happens, the woman that owns it drops it out of the gun, puts it on the rear bumper of her jeep and beats it back in shape with a rock. She's then back in business for a few hundred more rounds.

The only complaint I've ever heard about the Lightning Link is it converts the firearm to full auto only. I can't see that's a problem. No one says you have to hold the trigger down until the magazine's empty. I've found with a little practice it's easy to fire two shot bursts using the Link.

Also keep in mind; that it takes only about ten seconds to install the Lightning Link in a standard unaltered AR-15, and only about six seconds to remove it. Going from semi-auto to full and back to semi is only a matter of seconds.

---

How it works

In normal semi-auto operation the hammer is cocked by a rearward movement of the bolt carrier, as the carrier moves forward, the hammer is caught and held in the cocked position by the sear located on the forward part of the trigger catching in the sear notch, on the hammer. If you hold the trigger after a shot's fired the sear will not catch in the hammer's sear notch when the hammer cocks because the sear is depressed below the arc of the hammer notch.

What happens is because the trigger is being held back; the disconnector hook is tipped forward and in position to catch the hammer, stopping it from following the bolt carrier forward. When the trigger is released, it allows the hammer to slip from under the disconnector hook and be caught by the trigger sear in the hammer sear notch. Making it necessary to pull the trigger for each shot.

**SCHEMATICS FOR FINISHING.....**







### Assembly

Refer to the first drawing. Install the parts in the lower receiver. See drawing [A]. Tip the weapon so the links upright rests against the rear of the receiver. Close the upper until the take-down pin post is far enough into the lower receiver, that when you tip the firearms muzzle down the links upright can rest against the post. Continue closing the weapon until it's completely closed. NOTE.... This first time you may have trouble getting the link upright to slide in place between the rear of the takedown pin post and the bolt carrier. All I can tell you is wiggle and jiggle things until it goes into place. It will fit in place much easier after its shaped by the bolt carrier.

After the takedown pin is in place, hold the trigger back and operate the bolt carrier about five times. The bolt carrier hitting it forms the bend in the top of the links upright at this time. See drawing [D]. Be sure to let the bolt slam with full force each time. Now's the time to find out if everything's working right. Cock the weapon, point it in a safe direction and pull the trigger. You should hear the hammer fall. Keep holding the trigger, cock the weapon, and release the trigger. Pull the trigger, nothing should happen, the Lightning Link will have released the hammer when the bolt carrier closed.

### Test Fire

Load two rounds in the magazine. The first will fire when you pull the trigger, the second will fire automatically. Check the brass for any problems. If all's well, load five rounds and fire. If all goes well, load her up and let her rip.













Simmer over low heat for about 5 minutes.

Remove from heat, serve and enjoy.

## Slow Cooker Method

Add chicken, chicken stock, garlic, onion, chilis, oregano, cumin, chili powder, salt and pepper to a 5-quart slow cooker.

Cook for 4 hours on low.

Shred chicken with two forks and stir in white beans and fresh oregano and cook for another 10 minutes.

Serve and enjoy!











































**Things that should be mixed for gas for moltovs**

**Things that should NOT be mixed with gas** (no matter what some 15 year old anarchist from Iceland told you)

Candle wax (if you can get it to dissolve)

Stearic acid (its a white solid)

Dried, powdered soap flakes (I hear ivory soap works well)

There are other things, but these are the most common and cheap

Styrofoam (trust me, I've seen it, it sucks)

Powdered sugar

Motor oil

liquid soaps (they contain water usually )

@free_rope_rides

You will want to get it thick enough to have a consistency like honey or syrup. Also remember to add sulfuric acid or sugar+potassium chlorate if you are using self igniting mixtures. Gas is cheap, test out your self igniting system before hand if you plan on using it.

---

**Left screen:**

free_rope_rides

terrorcoreaesthetic

Guess where all that flaming gas is going thats right, down the back of your neck

This is why you always use a cap and don't stuff the rag into the bottle

Liked by themarauderproject and 215 others
free_rope_rides (I'm aware there are typos, deal with it) So key point is use the right thing to thicken the gas, (not oil or styrofoam). Always use a cap, don't stuff a rag in, use a self igniting method if you really want to get fancy, but rest it first to make sure it works. Gas is cheap, experiment a little to see what works best for you. Also don't do anything crazy, I just don't want anyone barbecuing themselves at the hoedown

**Right screen:**

free_rope_rides

Liked by themarauderproject and 215 others
free_rope_rides (I'm aware there are typos, deal with it) So key point is use the right thing to thicken the gas, (not oil or styrofoam). Always use a cap, don't stuff a rag in, use a self igniting method if you really want to get fancy, but rest it first to make sure it works. Gas is cheap, experiment a little to see what works best for you. Also don't do anything crazy, I just don't want anyone barbecuing themselves at the hoedown













free_rope_rides_2.0



**Estes Sonic Igniters (4 Pack)**

~~$5.99~~ **$3.53**

This is a great igniter for small composite motors that have small nozzles, like the D10, D21, E6, F10. It has thin wire and a small head, so it can reach up high into those motors. We recommend using this as a replacement for the copperhead igniter.

Wire Length = 10 inches
Quantity per pack = 4
Maximum no-fire current = 1.25 A
Minimum all-fire current = 3.80 A
Igniter Resistance including lead wires = 1.6 ohms

1   Add to cart

     

45 likes

free_rope_rides_2.0 Blasting cap tutorial, screenshot it. Plastic test tubes are the best container for caps to use since the base is seamless and safer. TATP and HMTD are both good for caps, be careful, they can be sensitive and can take hands/fingers off. Scale any recipes to yield no more than 3 grams, store wet, under water until ready to make caps. Don't do anything dumb or dangerous, know the laws of you choose to it ignore them that's up to you.



---



free_rope_rides_2.0

**Preparation**

The preparation of HMTD always presents the risk of premature detonation and should not be attempted by amateurs. But if you really want to know:

14 g of hexamine is dissolved in 45 ml of hydrogen peroxide 30% concentration and stirred (mechanically) at 0 °C. An amount of 21 gram of finely powdered citric acid is then slowly added under continuous stirring for 3 h, at 0 °C. After 3 hours, the product is allowed to reach ro temperature and left for 2 h. The white crystalline product is filtered off, and washed thoroughly with water, to remove any water soluble impuri and rinsed with methanol. The wet product is air dried. This part is risky as the product may explode during drying. The yield is around 50-70%.

Larger amounts are not safe to handle, so it's best to try to make small amounts based on the process above.

**Projects**

Due to its instability, HMTD doesn't have many uses outside amateur explosives. As it is a stronger initiating explosive than mercury(II) fulminate, it can be used to make blasting caps, albeit they should be used quickly. Never use metal for these blasting caps, as this increases

    

45 likes

free_rope_rides_2.0 Blasting cap tutorial, screenshot it. Plastic test tubes are the best container for caps to use since the base is seamless and safer. TATP and HMTD are both good for caps, be careful, they can be sensitive and can take hands/fingers off. Scale any recipes to yield no more than 3 grams, store wet, under water until ready to make caps. Don't do anything dumb or dangerous, know the laws of you choose to it ignore them that's up to you.





18:55

Instagram

free_rope_rides_2.0

## Synthesis of Hexamethylene triperoxide diamine (HMTD)

With stirring, in a large beaker, 150 mL of 30% hydrogen peroxide is combined with 56 g of hexamine and 84 g of citric acid, the beaker is then immersed in an ice bath for 6h with occasional stirring. Then the mixture is filtered, washed with water and dried in air.

Source



45 likes

free_rope_rides_2.0 Blasting cap tutorial, screenshot it. Plastic test tubes are the best container for caps to use since the base is seamless and safer. TATP and HMTD are both good for caps, be careful, they can be sensitive and can take hands/fingers off. Scale any recipes to yield no more than 3 grams, store wet, under water until ready to make caps. Don't do anything dumb or dangerous, know the laws of you choose to it ignore them that's up to you.



---

18:55

Instagram

free_rope_rides_2.0

TATP: a easily synthesized primary explosive.
-very corrosive, allow NO contact with metal
-can detonate even when wet so store it completely submerged in water if you must store it
-deemed 'too unstable for commercial blasting caps' but is one of the main primaries used by "amateurs"
-keeping any quantity past 2 grams at a time/in one place is extremely dangerous



45 likes

free_rope_rides_2.0 Blasting cap tutorial, screenshot it. Plastic test tubes are the best container for caps to use since the base is seamless and safer. TATP and HMTD are both good for caps, be careful, they can be sensitive and can take hands/fingers off. Scale any recipes to yield no more than 3 grams, store wet, under water until ready to make caps. Don't do anything dumb or dangerous, know the laws of you choose to it ignore them that's up to you.



**21:36**

← **Posts**

🔽 free_rope_rides_2.0    ⋮

Mix 50mL 30% hydrogen peroxide with **2/3** 50mL acetone in a beaker. Put the breaker in an ice bath and cool to 8°C. Once cool, add 2.5-3mL concentrated (90%+) sulfuric acid drop wise as you stir constantly, make sure the temp doesn't go above 10°C. Leave the solution to cool in a fridge overnight. Filter the white precipitate though a coffee filter and rinse thoroughly with ice cold water/baking soda solution (to neutralize the acid). When dry it is an extremely powerful (and sensitive) primary explosive, capable of reliably setting off nearly all commercial explosives (except ANFO).

♡  💬  ✈        • • •        🔖

**55 likes**
3 hours ago

🔽 free_rope_rides_2.0    ⋮

**"Oh no, better not buy those 100% legal to** **1/9** **own solvent traps, chemicals, or full auto AR parts online or the Gubmint will instantly know and arrest you for doing**

🏠  🔍  ⊕  ♡  👤

◀  ⬤  ▪

**21:36**

← **Posts**

🔽 free_rope_rides_2.0    ⋮

TATP: a easily synthesized primary **3/3** explosive.
-very corrosive, allow NO contact with metal
-can detonate even when wet so store it completely submerged in water if you must store it
-deemed 'too unstable for commercial blasting caps' but is one of the main primaries used by "amateurs"
-keeping any quantity past 2 grams at a time/in one place is extremely dangerous

♡  💬  ✈        • • •        🔖

**55 likes**
3 hours ago

🔽 free_rope_rides_2.0    ⋮

**"Oh no, better not buy those 100% legal to** **1/9** **own solvent traps, chemicals, or full auto AR parts online or the Gubmint will instantly know and arrest you for doing**

🏠  🔍  ⊕  ♡  👤

◀  ⬤  ▪





16:42

Instagram

Your Story  probably4s...  broperatort...  drewhopki...  themaraud...  si

rope_rides_3

First you will need potassium chlorate (NOT chlorite) ground as fine as possible. This can be bought online for around $5 per pound if you look. It can also me made with bleach and artificial salt (potassium chloride) but this is time consuming buy it if at all possible. You'll also need PARAFFIN wax, Vaseline, white gas stove fuel and dark (pyro grade) aluminum powder.

4 likes
rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced
Add a comment...

16:42

Instagram

Your Story  probably4s...  broperatort...  drewhopki...  themaraud...  si

rope_rides_3

Dissolve 5 parts PARAFFIN wax and 5 parts Vaseline in the white gas. Pour this solution into 90 parts of your potassium chlorate (dry it right before mixing in an oven on low for about 20 mins). Mix this thoroughly and add 2-3% aluminum powder (2-3% of the weight of chlorate, wax and Vaseline, NOT the white gas). Spread this mixture out in a thin layer and let the white gas evaporate, this will be your final product.

4 likes
rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced
Add a comment...





**Left screenshot:**

16:42

Instagram

Your Story  probably4s...  broperatort...  drewhopki...  themaraud...  si

rope_rides_3

This is a plastic explosive with a detonation velocity of around 3,300m/s and is comparable to 40% ammonia dynamite (c4 detonates at a little over 8,000m/s). This is not powerful enough for good shaped charges/EFPs, but is good for demo, claymores, grenades, etc. This should be formed into bricks and dipped in melted wax to water proof of you plan on storing it. These should detonate reliably with only a #3 (0.5-0.75g) blasting cap.

4 likes

rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced

Add a comment...





**Right screenshot:**

16:43

Instagram

Your Story  probably4s...  broperatort...  drewhopki...  themaraud...  si

rope_rides_3

https://www.cia.gov/library/abbottabad-compound/6C/6C60F71F7112A98B703E501FD2F924DF_Chlotares_From_bleach_and_salt.doc.pdf

4 likes

rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced

Add a comment...











**Left post:**

16:43

Instagram

Your Story · probably4s… · broperatort… · drewhopki… · themaraud… · si…

rope_rides_3

**Material Needed:**
1) heat source (hot plate, stove etc.)
2) a battery hydrometer.
3) a large pyrex or enameled steel container, (to weigh chemicals),
4) and some potassium chloride (sold as salt substitute).

**Making Procedure**
• Take one gallon of bleach (3.785 liters,) and place it in the container and begin heating it.
• While this solution heats, weigh-out 63 G. potassium chloride(KCl) and add this to the bleach being heated.
• Bring this solution to a boil and boil until when checked with a hydrometer, the reading is 1.3 (if a battery hydromcter is used it should read full charge).
• When the reading is 1.3, take the solution and let it cool in the refrigerator until it is between room temperature and 0 deg. C..
• Filter out the crystals that have formed and save them.
• Boil this solution until it reads 1.3 on the hydrometr
• and again cool the solution. Filter out the crystals that are formed and save them.
• Boil this solution again and cool as before.
• Filter and save the crystals.
2

4 likes

rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced

Add a comment…

**Right post:**

16:43

Instagram

Your Story · probably4s… · broperatort… · drewhopki… · themaraud… · si…

rope_rides_3

cool in the refrigerator until it is between room temperature and 0 deg. C..
• Filter out the crystals that have formed and save them.
• Boil this solution until it reads 1.3 on the hydrometcr
• and again cool the solution. Filter out the crystals that are formed and save them.
• Boil this solution again and cool as before.
• Filter and save the crystals.
2

**The proccss of purification is called fractional crystalization.**
• Take these crystals that have been saved and mix them with distilled water in the following proportions: 56 G. per 100 ml. distilled water.
• Heat this solution until it boils and allow it to cool.
• Filter the solution and save the crystals that form upon cooling.
These crystals should be relatively pure potassium chloratc.

4 likes

rope_rides_3 Just reposting to the backup so i won't loose it when My new main is zucced

Add a comment…



**Left screenshot:**

20:04

Instagram

free_rope_rides_2.0



HELIX™ Applications:
Concrete Breaching

EBAD

6/7

| Picture 1: | Picture 2: | Picture 3: |
|---|---|---|
| Assembly loaded HELIX™ | Charge on target: 10 inch (25 cm) reinforced concrete wall | Result |

Liked by worst_cia_agent_ever and 125 others
free_rope_rides_2.0 This post does not co done violence or any organization, go zucc something else IG

As usual, for educational purposes only, screenshot it while it's around and follow my backup @rope_rides_3 since it's just a matter of time till I'm deleted again

View all 20 comments

13pob13 How stable is it once mixed?

**Right screenshot:**

20:04

Instagram

free_rope_rides_2.0



detonate.

## Uses and discovery [edit]    7/7

PLX was invented during World War II by the Picatinny Arsenal in New Jersey. It was originally designed to clear minefields by being spread via plane over the targeted area or poured from a safe distance and detonated by troops on the ground.

This explosive can also be gelled through the addition of nitrocellulose, ETN, or any number of soluble nitrate esters or gelling agents. This allows for powdered metals, such as aluminum or magnesium, to be suspended in the mixture. The metal powders act as fuel, increasing heat and energy output but lowering the brisance and VoD. The result is a more sustained blast wave and a "push and heave" effect, desirable for thermobaric purposes. Trzciński[who?] reports that 200 grams of a mixture of NM with PMMA as gelling agent and AlMg (45:55, mean particle size = 63 microns) as fuel, in a ratio of 67.2/2.8/30 by mass, has a peak overpressure of 120 kPa 2 m from the(open air) blast site, a 1.65 TNT equivalency in peak pressure, and a 1.62 equivalency in shockwave impulse.[1] This means that more than 50 % of eardrums will be perforated in case of 200 g PLX/magensium-aluminium alloy detonation at a distance of 2 m. 104 kPa is widely regarded as a pressure where 50 % of eardrums fail.[2] It's still 3 - 5 less than needed to induce 50 % of fatalities via pulmonary injury as per Bass/Bowen equations (standing adult, facing any direction).[3]

PLX has been implicated as one of the materials capable of being used in catastrophic terrorism, as most steel core columns can not withstand the detonation of 10 - 30 kg PLX in direct contact (explosive on bare steel). Nitromethane and its gelling agents are freely sold to the public in the US, though. Its sale to the public has been banned in the EU in september 2014.[4]



Liked by worst_cia_agent_ever and 125 others
free_rope_rides_2.0 This post does not co done violence or any organization, go zucc something else IG

As usual, for educational purposes only, screenshot it while it's around and follow my backup @rope_rides_3 since it's just a matter of time till I'm deleted again

View all 20 comments

13pob13 How stable is it once mixed?



21:13

← **Posts**

free_rope_rides_2.0    ⋮



70% AMMONIUM NITRATE
23% NITROMETHANE
7% DARK PYRO GRADE ALUMINUM
POWDER MAKES ANNMAL, A
POWERFUL EXPLOSIVE THAT
REQUIRES A BLASTING CAP TO
DETONATE. THE NITRO IS ADDED
LAST AND SHOULD BE ALLOWED

TO SOAK.

**83 likes**
free_rope_rides_2.0 Since some don't like the shot glass meme here it is in black and white. Be safe, don... **more**
View all 2 comments
September 10

free_rope_rides_2.0    ⋮





You'll need some sort of plastic or alumnium bottle (aluminium is a good for soaking up heat which contributes to reducing sound levels). Choose one with a wide mouthpiece as it should be wide enough to fit a ½ inch nut inside it.

I like plastic because it's cheaper and easier to work with plus the lighter it is, the less chance of it drooping on the end of the barrel and being off centre. The plastic thread on the lid is strong but the heavier the suppressor is, the more chance of it being unsecured.



Cut off the end of the bottle.



Take a stainless steel scourer and pull it apart to lengthen it out



Cut a length of fine stainless or aluminium wire mesh



Roll the mesh into a small enough tube to be able to fit inside the neck of the sports bottle.



Wrap some cardboard and/or tape around the end of the mesh tube so it will fit snugly in the mouthpiece end of the bottle.



Insert the tube.



Start packing the scourer material around the tube. The fine mesh will stop strands of the scourer poking through into the path of the bullet which could lead to it being snagged and damaging the suppressor internals.



The scourer material will disperse the hot gases eventually cooling them down. This will reduce the sound decibels from the shot as well as change the sound signature.



Either cut or drill a hold in the end of the bottle that you cut off earlier. The hole must be big enough to fit the tube of mesh through.



Fit the end cap back on with the tube of mesh just poking through so it can be supported.



Wrap some duct tape around it to secure it altogether plus a few layers around the front. The idea is to fire a bullet through the tape to make the exit hole. The first shot will always be quieter but you can always just put another bit of fresh tape over the hole.

The suppressor is only designed to be disposable so don't bother wasting too much time and effort on it as it's amazing how effective this simple design is.



**These two pictures show the silencer fitted to the barrel.
A bolt is used to depict a barrel!**

