# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James A. Parker

**Case No. 20-cr-1210**  **Date:** January 19, 2021

**Title:** United States v. Justice

**Courtroom Clerk:** M. McGinley   **Court Reporter:** Carmela McAlister

**Court in Session:** 1:33 pm   **Court in Recess:** 2:31 pm   **Total Time**: 58 min.

**Type of Proceeding:** Pretrial Conference

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**   **ATTORNEYS PRESENT FOR DEFENDANT(S):**
Jon Stanford & Nicholas Mote                         Joe Romero

**PROCEEDINGS:**

| | |
|---|---|
| 1:33 pm | Court is in session. Counsel enter their appearances. Defendant is present via Zoom. |
| 1:34 pm | The Court questions counsel on proposed trial witnesses. |
| 1:42 pm | The Court ORDERS counsel to submit a trial witness list not later than February 1, 2021. |
| 1:43 pm | The Court ORDERS counsel to submit by February 1, 2021 (1) a stipulated exhibit list and (2) objections, if any, including what Federal Rule of Evidence applies. |
| 1:46 pm | The Court questions counsel on the UNITED STATES' NOTICE AND MOTION TO ADMIT INTRINSIC EVIDENCE AND EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b) (Doc. 52). The Court ORDERS counsel to submit a proposed limiting jury instruction not later than February 1, 2021. |
| 1:51 pm | The Court questions counsel on DEFENDANT JUSTICE'S MOTION FOR INFORMATION PURSUANT TO *GIGLIO v. UNITED STATES* (Doc. 69). |

| | |
|---|---|
| 2:09 pm | The Court ORDERS Mr. Romero to submit a proposed order granting Doc. 69 not later than February 1, 2021. The Court also ORDERS counsel to submit guidance with respect to in-camera review of the Command Directed Investigation Report. |
| 2:11 pm | Mr. Romero asks about a hearing on UNITED STATES' NOTICE AND MOTION TO ADMIT INTRINSIC EVIDENCE AND EVIDENCE PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b) (Doc. 52). The Government believes that a hearing is unnecessary. |
| 2:15 pm | The Court takes a short recess. |
| 2:25 pm | Court is in session. The Court RESETS the trial for March 15, 2021. |
| 2:31 pm | The Court is in recess. |