# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James A. Parker

**Case No.** 20-cr-1210　　　　　　　　　　**Date:** January 28, 2021

**Title:** United States v. Justice

**Courtroom Clerk:** M. McGinley　　**Court Reporter:** Vanessa Alyce

**Court in Session:** 4:13 pm　　**Court in Recess:** 4:32 pm　　**Total Time:** 19 min.

**Type of Proceeding:** Status Conference

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**　　**ATTORNEYS PRESENT FOR DEFENDANT(S):**
　Jon Stanford & Nicholas Mote　　　　　　　　Joe Romero

**PROCEEDINGS:**

| | |
|---|---|
| 4:13 pm | Court is in session. Counsel enter their appearances. Defendant is not present. |
| 4:15 pm | The Court questions counsel on Defendant's concurrent UCMJ action at Kirtland Air Force Base. Mr. Romero represents that he is not familiar with the case. Mr. Stanford believes that the military proceedings currently set for February 1-5, 2021, are preliminary court-martial matters. |
| 4:20 pm | The Court questions counsel on the Command-Directed Investigation report and wonders whether a ruling pertaining to further disclosure would be imminently necessary. Discussion ensues. |
| 4:28 pm | The Court questions counsel about whether the parties have discussed a possible resolution of the case. The Court further questions counsel on whether a plea agreement would resolve both cases. Discussion ensues. |
| 4:32 pm | The Court is in recess. |